1  GLYNN & FINLEY, LLP
   ANDREW T. MORTL, Bar No. 177876
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  amortl@glynnfinley.com
   afriedenberg@glynnfinley.com
6
   Attorneys for Defendant GTE Mobilnet
7  of California Limited Partnership d/b/a
   Verizon Wireless (erroneously sued and
8  referred to herein as "Verizon Wireless")

9

10                    UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12

13  JANET PICKENS,                      )   Case No.
                                        )
14                                      )   **NOTICE OF REMOVAL OF ACTION**
              Plaintiff,                )
15                                      )
        vs.                             )
16                                      )
    VERIZON WIRELESS,                   )
17                                      )
              Defendant.                )
18  _____

19       TO PLAINTIFF JANET PICKENS AND TO THE CLERK OF THE ABOVE

20  ENTITLED COURT:

21       PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. section 1441, Defendant GTE

22  Mobilnet of California Limited Partnership d/b/a Verizon Wireless (erroneously sued and

23  referred to herein as "Verizon Wireless") hereby removes to this Court the state court action

24  described below.

25       1.   On or about November 29, 2007, Plaintiff filed an action in the Superior Court of

26  the State of California in and for the County of San Francisco, entitled "Janet Pickens vs.

27  Verizon Wireless," Case Number CGC-07-469579. Copies of the Summons and Complaint are

28  attached hereto as **Exhibit A.**

2. Verizon Wireless first received copies of the Summons and Complaint on December 4, 2007, when copies of these documents were served on Corporation Service Company, Verizon Wireless's registered agent for service of process in California.

3. Verizon Wireless is informed and believes that Plaintiff Janet Pickens is a citizen of the State of California.

4. Verizon Wireless is a partnership. Accordingly, it is, for purposes of evaluating diversity jurisdiction, a citizen of each state of which its members are citizens. *See Carden v. Arkoma Associates*, 494 U.S. 185, 195, 110 S. Ct. 1015, 1021 (1990). The location at which the partnership conducts business is irrelevant. *Lincoln Property Co. v. Roche*, 546 U.S. 81, 84, n. 1, 126 S. Ct. 606, 609 (2005).

5. The partners of Verizon Wireless are Cellco Partnership and Southwestco Wireless, L.P. As Cellco Partnership and Southwestco Wireless, L.P., are themselves partnerships, the citizenship of their members is also considered in evaluating whether diversity jurisdiction exits. *See Hart v. Terminex Int'l*, 336 F.3d 541, 542 (7th Cir. 2003).

6. The partners of Southwestco Wireless, L.P., are Southwestco Wireless, Inc., and Cellco Partnership. Southwestco Wireless, Inc., is a Delaware corporation with its principal place of business in New Jersey.

7. The partners of Cellco Partnership are Bell Atlantic Cellular Holdings, L.P., NYNEX PCS Inc., PCSCO Partnership, GTE Wireless Incorporated, GTE Wireless of Ohio Incorporated, PCS Nucleus, L.P., and JV PartnerCo, LLC.

8. NYNEX PCS Inc., GTE Wireless Incorporated and GTE Wireless of Ohio Incorporated are all Delaware corporations with their principal place of business in New Jersey.

9. Bell Atlantic Cellular Holdings, L.P., is a partnership. Its partners are Bell Atlantic Personal Communications, Inc., and Bell Atlantic Mobile Systems, Inc., both of which are Delaware corporations with their principal places of business in New Jersey.

10. PCSCO Partnership is a partnership. Its partners are Bell Atlantic Cellular Holdings, L.P., NYNEX PCS Inc., Bell Atlantic Personal Communications, Inc., and Metro Mobile CTS of Charlotte, Inc. As shown above, NYNEX PCS Inc. and Bell Atlantic Personal

1 Communications, Inc., are Delaware corporations with their principal place of business in New
2 Jersey. Metro Mobile CTS of Charlotte, Inc., is a Virginia corporation with its principal place of
3 business in New Jersey.

4     11. PCS Nucleus, L.P., is a partnership. Its partners are Vodafone Americas Inc., a
5 Delaware corporation with its principal place of business in Colorado, and Vodafone Holdings
6 LLC, a Delaware limited liability company with its principal place of business in Colorado. The
7 sole member of Vodafone Holdings LLC is Vodaphone Americas Inc.[1]

8     12. JV PartnerCo, LLC, is a Delaware limited liability company with its principal
9 place of business in Colorado. Its sole member is Vodafone Americas Inc.

10     13. Plaintiff seeks compensatory damages in the amount of $500,000. (Compl. ¶ 14.)
11 Accordingly, the matter in controversy exceeds the sum of $75,000, exclusive of interest and
12 costs.

13     14. As this is a civil action between citizens of different states and the amount of
14 controversy exceeds $75,000, this Court has original jurisdiction over this action under 28
15 U.S.C. § 1332. Consequently, Verizon Wireless may remove this action to this Court pursuant
16 to the provisions of 28 U.S.C. § 1441.

17     15. Pursuant to Civil Local Rule 3-2, this action shall be assigned to the San
18 Francisco Division or to the Oakland Division because it is a civil action which arose in San
19 Francisco County.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

27 ───────────────
28 [1] "[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

- 3 -

NOTICE OF REMOVAL OF ACTION

1       16.     This Notice of Removal is signed by counsel for Verizon Wireless pursuant to
2  Rule 11 of the Federal Rules of Civil Procedure.
3
4       Dated: January 2, 2008

GLYNN & FINLEY, LLP
ANDREW T. MORTL
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By  _____
Attorneys for Defendant GTE
Mobilnet of California Limited
Partnership d/b/a Verizon Wireless
(erroneously sued and referred to
herein as "Verizon Wireless")

- 4 -

NOTICE OF REMOVAL OF ACTION

| | |
|---|---|
| 1 | Docket No. CGC 07-469579 |
| 2 | PROOF OF SERVICE BY MAIL |

4   I, Linda Vallone, the undersigned, hereby certify and declare under penalty of
perjury that the following statements are true and correct:

    1.    I am over the age of 18 years and am not a party to the within cause.

    2.    My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

    3.    I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

    4.    Following said practice, on January 2, 2008 I served a true and correct copy of the attached document(s) entitled exactly:

**NOTICE OF REMOVAL OF ACTION**

by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

**Janet Pickens**
**60 Cashmere Street, #1A**
**San Francisco, CA 94124**
**(415) 648-1579**

Executed this <u>2nd</u> day of <u>January, 2008</u> at Walnut Creek, California.

_____
Linda Vallone

- 1 -

PROOF OF SERVICE

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Verizon Wireless

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Janet Pickens

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, San Francisco, CA 94124, 400 McAllister Street, San Francisco, CA 94102

CASE NUMBER: CGC-07-469579
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Janet Pickens, 60 Cashmere St., #1A, San Francisco, CA 94124, 415-648-1579.

DATE: NOV 29 2007       GORDON PARK-LI       Clerk, by   Jun Panelo   , Deputy
*(Fecha)*                                    *(Secretario)*            *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [✓] on behalf of *(specify):*

   under: [✓] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Janet Pickens<br>60 Cashmere St., #1A<br>San Francisco, CA 94124<br>TELEPHONE NO: 415-648-1579   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | ENDORSED<br>F I L E D<br>San Francisco County Superior Court<br>NOV 2 9 2007<br>GORDON PARK-LI, Clerk<br>BY: _JUN P. PANELO_<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF: Janet Pickens<br>DEFENDANT: Verizon Wireless<br>☐ DOES 1 TO _____ | CASE MANAGEMENT CONFERENCE SET<br>MAY 0 2 2008 -9:00 AM<br>DEPARTMENT 212 |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED (Number):<br>Type (check all that apply):<br>☐ MOTOR VEHICLE   ☐ OTHER (specify):<br>  ☐ Property Damage    ☐ Wrongful Death<br>  ☑ Personal Injury    ☐ Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>☐ ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded  ☐ does not exceed $10,000<br>                 ☐ exceeds $10,000, but does not exceed $25,000<br>☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☑ ACTION IS RECLASSIFIED by this amended complaint<br>   ☐ from limited to unlimited<br>   ☐ from unlimited to limited | CASE NUMBER:<br>CGC-07-469579 |

1. Plaintiff (name or names): Janet Pickens
   alleges causes of action against defendant (name or names):
   Verizon Wireless
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

|  | PLD-PI-001 |
|---|---|
| SHORT TITLE: | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☑ Other *(specify):*

    > The defendants has made a cellular telephone (the Juke by Samsung) by using the plaintiff's spirit form. When you ask the particular cell phone who it is, is says "Janet Pickens". The defendants did this without the permission of the plaintiff, Ms. Pickens

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☑ other damage *(specify):*

    > Verizon has made a cellular telephone by using the plaintiff's spirit form. The cellular telephone itself says that it is "Janet Pickens" not the "Juke". Look at the cell phone it self, not the word "Juke".

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☐ according to proof
       (2) ☑ in the amount of: $ 500,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 11/29/07

Janet Pickens                                    ▶ *Janet Pickens*
(TYPE OR PRINT NAME)                               (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   COMPLAINT—Personal Injury, Property   Page 3 of 3
                                    Damage, Wrongful Death

Plaintiff, Ms Pickens, has never had this phone.









CSC-Lawyers Inc. Service
P.O. Box 526036
Sacramento, CA 95852



Janet Pickens
100 Cashmere St, #115
San Francisco, CA 94124