```
 1  GLYNN & FINLEY, LLP
    ANDREW T. MORTL, Bar No. 177876
 2  ADAM FRIEDENBERG, Bar No. 205778
    One Walnut Creek Center
 3  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
 4  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
 5  amortl@glynnfinley.com
    afriedenberg@glynnfinley.com
 6
    Attorneys for Defendant GTE Mobilnet
 7  of California Limited Partnership d/b/a
    Verizon Wireless (erroneously sued and
 8  referred to herein as "Verizon Wireless")
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET PICKENS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VERIZON WIRELESS,<br><br>　　　　Defendant. | Case No. CV-08-00004 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant GTE Mobilnet of California Limited Partnership doing business as Verizon Wireless (erroneously sued herein as "Verizon Wireless") hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 9, 2008

GLYNN & FINLEY, LLP

By _/s/_____
Attorneys for Defendant GTE
Mobilnet of California Limited
Partnership d/b/a Verizon Wireless

- 1 -

DECLINATION TO PROCEED BEFORE MAG. JUDGE AND REQUEST FOR REASSIGNMENT

Docket No. CV-08-00004 JCS
<u>PROOF OF SERVICE BY MAIL</u>

I, Beverly Carter, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

4. Following said practice, on January 9, 2008 I served a true and correct copy of the attached document entitled exactly:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

**Janet Pickens
60 Cashmere Street, #1A
San Francisco, CA 94124
(415) 648-1579**

Executed this <u>9th</u> day of <u>January, 2008</u> at Walnut Creek, California.

*/s/ Beverly Carter*
Beverly Carter

- 1 -
PROOF OF SERVICE