**United States District Court**

For the Northern District of California

1

2

3

4  UNITED STATES DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6

7  JANET PICKENS,                                     No. C-08-00004 JCS

8           Plaintiff(s),                             NOTICE OF IMPENDING
         v.                                           REASSIGNMENT TO A UNITED
9                                                     STATES DISTRICT COURT JUDGE

10  VERIZON WIRELESS,

11           Defendant(s).
    _____/

12          The Clerk of this Court will now randomly reassign this case to a United States District

13  Judge because either:

14          [X]  One or more of the parties has requested reassignment to a United States District Judge

15  or has not consented to the jurisdiction of a United States Magistrate Judge, or

16          []  One or more of the parties has sought a type of judicial action (e.g., a temporary

17  restraining order) that a United States Magistrate Judge may not take without the consent of all

18  parties, the necessary consents have not been secured, and time is of the essence.

19          ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

20  SPERO ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE

21  JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED..

22

23

24  Dated:  January 9, 2008

25                                          Richard W. Wieking, Clerk
                                            United States District Court
26
                                            *Karen L. Hom*
27                                          _____
                                            By: Karen L. Hom
28                                          Deputy Clerk

cc: Intake