1  GLYNN & FINLEY, LLP
   ANDREW T. MORTL, Bar No. 177876
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  amortl@glynnfinley.com
   afriedenberg@glynnfinley.com
6
   Attorneys for Defendant GTE Mobilnet
7  of California Limited Partnership d/b/a
   Verizon Wireless (erroneously sued and
8  referred to herein as "Verizon Wireless")

9

10                    UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

12

13  JANET PICKENS,                       )  Case No. CV-08-00004 JCS
                                         )
14              Plaintiff,               )  **DEFENDANT GTE MOBILNET OF**
                                         )  **CALIFORNIA LIMITED**
15       vs.                             )  **PARTNERSHIP'S NOTICE OF**
                                         )  **MOTION AND MOTION TO DISMISS**
16  VERIZON WIRELESS,                    )  **PLAINTIFF JANET PICKENS'**
                                         )  **COMPLAINT**
17              Defendant.               )
                                         )  Date:       February 29, 2008
18  _____  )  Time:       9:00 a.m.
                                            Courtroom:  7
19                                          Before:     Hon. Maxine M. Chesney

20                                          **Accompanying Documents:**

21                                          1) Memorandum of Points and
                                               Authorities

22                                          2) Request For Judicial Notice (with
                                               exhibits)
23

24       TO PLAINTIFF JANET PICKENS:

25       PLEASE TAKE NOTICE that on February 29, 2008, at 9:00 a.m., or as soon thereafter as

26  the matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San

27  Francisco, California, Defendant GTE Mobilnet of California Limited Partnership doing business

28  as Verizon Wireless (erroneously sued and referred to herein as "Verizon Wireless") will bring

- 2 -

1  on for hearing this motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil
2  Procedure 12(b)(6). Said motion is made on the grounds that: 1) Plaintiff's purported claim for
3  relief for spirit form misappropriation is not a recognized right of action under California law;
4  and 2) Plaintiff has failed to allege sufficient facts to state a claim for relief for negligence.
5     This motion is based upon this Notice of Motion and Motion, and the Memorandum of
6  Points and Authorities and Request For Judicial Notice submitted herewith (including those
7  exhibits attached to said Request For Judicial Notice), all pleadings and papers on file in this
8  action, and upon such other matters of which the Court may take judicial notice or which may be
9  presented to the Court at the time of hearing.

10    Dated: January 9, 2008

      GLYNN & FINLEY, LLP
      ANDREW T. MORTL
      ADAM FRIEDENBERG
      One Walnut Creek Center
      100 Pringle Avenue, Suite 500
      Walnut Creek, CA  94596

      By _____
      Attorneys for Defendant GTE Mobilnet
      of California Limited Partnership d/b/a
      Verizon Wireless (erroneously sued and
      referred to herein as "Verizon Wireless")

- 2 -
NOTICE OF MOTION AND MOTION TO DISMISS