1    GLYNN & FINLEY, LLP
     ANDREW T. MORTL, Bar No. 177876
2    ADAM FRIEDENBERG, Bar No. 205778
     One Walnut Creek Center
3    100 Pringle Avenue, Suite 500
     Walnut Creek, CA 94596
4    Telephone: (925) 210-2800
     Facsimile: (925) 945-1975
5    amortl@glynnfinley.com
     afriedenberg@glynnfinley.com
6

7    Attorneys for Defendant GTE Mobilnet
     of California Limited Partnership d/b/a
     Verizon Wireless (erroneously sued and
8    referred to herein as "Verizon Wireless")

9

10            UNITED STATES DISTRICT COURT

11    NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

12

13    JANET PICKENS,          )    Case No. CV-08-00004 MMC
                             )
14            Plaintiff,    )    **DEFENDANT GTE MOBILNET OF**
                             )    **CALIFORNIA LIMITED**
15       vs.                   )    **PARTNERSHIP'S REQUEST FOR**
                             )    **JUDICIAL NOTICE IN SUPPORT OF**
16    VERIZON WIRELESS,     )    **MOTION TO DISMISS PLAINTIFF**
                             )    **JANET PICKENS' COMPLAINT**
17            Defendant.    )
                             )    **Date:**        **February 29, 2008**
18    _____ )    **Time:**        **9:00 a.m.**
                                 **Courtroom:**   **7**
19                                    **Before:**     **Hon. Maxine M. Chesney**

20

21         Defendant GTE Mobilnet of California Limited Partnership doing business as Verizon

22    Wireless (erroneously sued and referred to herein as "Verizon Wireless") requests pursuant to

23    Federal Rules of Evidence, Rule 201, that the Court take judicial notice of certain complaints

24    filed by Plaintiff in the Superior Court of California, County of San Francisco.  Said complaints,

25    / / /

26    / / /

27    / / /

28    / / /

1   and the corresponding docket reports, are attached hereto as Exhibits A-G.  As such documents

2   are "matters of public record" judicial notice is appropriate.  See *Lee v. City of Los Angeles*, 250

3   F.3d 668, 689 (9th Cir. 2001).

4          Dated: January 9, 2008

5                                              GLYNN & FINLEY, LLP
                                               ANDREW T. MORTL
6                                              ADAM FRIEDENBERG
                                               One Walnut Creek Center
7                                              100 Pringle Avenue, Suite 500
                                               Walnut Creek, CA  94596

8

9                                              By_____
                                               Attorneys for Defendant GTE Mobilnet of
10                                             California Limited Partnership d/b/a
                                               Verizon Wireless (erroneously sued and
11                                             referred to herein as "Verizon Wireless")

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VERIZON WIRELESS' REQUEST FOR JUDICIAL NOTICE

# EXHIBIT A

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Janet Pickens

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Genentech USA, Inc.

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, San Francisco, 400 McAllister Street, San Francisco, CA 94102

CASE NUMBER:
*(Número del Caso):* CGC-07-469222

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Janet Pickens, 60 Cashmere St., #1A, San Francisco, CA 94124, 415-648-1579

DATE: NOV 1 5 2007
*(Fecha)*

GORDON PARK-LI
Clerk, by                                    , Deputy
*(Secretario)*              Cristina C. Bautista    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):*
   under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Janet Pickens<br>60 Cashmere St., #1A<br>San Francisco, CA 94124<br>TELEPHONE NO: 415-648-1579     FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | **F I L E D**<br>San Francisco County Superior Court<br><br>NOV 1 5 2007<br><br>GORDON PARK-LI, Clerk<br>BY: _____ Victor Hate _____<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Janet Pickens

DEFENDANT: Genentech USA, Inc.

☐ DOES 1 TO

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE     ☐ OTHER (specify):
  ☐ Property Damage     ☐ Wrongful Death
  ☑ Personal Injury     ☑ Other Damages (specify): Negligence

CASE MANAGEMENT CONFERENCE SET
APR 1 6 2008 - 9:00 AM
DEPARTMENT 212

SUMMONS ISSUED

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded     ☐ does not exceed $10,000
                      ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:

CGC-07- 469222

1. Plaintiff (name or names): Janet Pickens
alleges causes of action against defendant (name or names):
Genentech USA, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name):* Genentech USA, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☐ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage *(specify):*
      Genentech employees have used computers, cellular telephones, and immitation clones, to experiment and control certain situations and individuals, and they have also broken laws, and think that they can do whatever they want, without taking the law into consideration before acting.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ 1,000,000,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 11/15/07

Janet Pickens
(TYPE OR PRINT NAME)

▶ *Janet Pickens*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Page 3 of 3

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

# Superior Court of California, County of San Francisco

## Case Information
### CGC-07-469222

JANET PICKENS VS. GENENTCH USA,INC., (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| Dec-24-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX AS TO DEFENDANT GENENTCH USA,INC., | |
| Dec-24-2007 | OPPOSITION TO NTC OF MTN AND OPPOS. TO AN ORDER REQUIRING THE PLNTF TO FURNISH SECURITY FILED BY PLAINTIFF PICKENS, JANET | |
| Dec-19-2007 | NTC AND MOTION FOR AN ORDER TO REQUIRE PLTF TO FURNISH SECURITY, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION REQUEST FOR JUDICIAL NTC. FILED BY DEFENDANT GENENTCH USA,INC., HEARING SET FOR JAN-22-2008 AT 09:30 AM IN DEPT 302 | 375.00 |
| Nov-21-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF PICKENS, JANET SERVED NOV-18-2007, MAIL ON DEFENDANT GENENTCH USA,INC., | |
| Nov-15-2007 | APPLICATION FOR WAIVER OF 985.(I) CRC COURT FEES AND COSTS (CONFIDENTIAL) FILED BY PLAINTIFF PICKENS, JANET | |
| Nov-15-2007 | ORDER GRANTING WAIVER OF 985.(I) CRC COURT FEES AND COSTS NOTICE TO PLAINTIFF | |
| Nov-15-2007 | PROFESSIONAL NEGLIGENCE, COMPLAINT FILED BY PLAINTIFF PICKENS, JANET AS TO DEFENDANT GENENTCH USA,INC., SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR APR-18-2008 PROOF OF SERVICE DUE ON            JAN-14-2008 CASE MANAGEMENT STATEMENT DUE ON      APR-03-2008 | IFP |

## Parties

PICKENS, JANET
    PLAINTIFF
        60 CASHMERE STREET,#1A
        SAN FRANCISCO       CA  94124
        PHONE: (415)648-1579
            999999 - PRO PER
                NOV-15-2007 - COMPLAINT FILED BY PLAINTIFF
                NOV-15-2007 - APPLICATION FOR WAIVER OF FEES FILED BY PLAINTIFF
                NOV-21-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
                DEC-24-2007 - OPPOSITION FILED BY PLAINTIFF
                    NOV-15-2007  W2307B15F010          .00  IFP
==================================================================================
GENENTCH USA,INC.,
    DEFENDANT
            124756 - KEANE WILLIAM P
                NOV-15-2007 - COMPLAINT FILED AGAINST DEFENDANT
                NOV-21-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
                DEC-19-2007 - MOTION (CIVIL GENERIC) FILED BY DEFENDANT

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-469222

JANET PICKENS VS. GENENTCH USA,INC., (Unlimited)

## Parties

DEC-24-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT

DEC-19-2007  W1407C19F009          375.00  CHECK

## Attorneys

WILLIAM PATRICK KEANE                           BAR NUMBER: 124756

    FARELLA BRAUN & MARTELL LLP

235 MONTGOMERY ST, 17TH FL

SAN FRANCISCO                   CA  94104

PHONE: (415) 954-4400

    DEFENDANT:  GENENTCH USA,INC.,

================================================================================

JANET PICKENS                              IN PROPRIA PERSONA

    60 CASHMERE STREET,#1A

SAN FRANCISCO                   CA  94124

PHONE: (415) 648-1579    EXT 00000

    PRO PER PLAINTIFF

## Calendar

JAN-22-2008  9:30 AM  M - 302    PATRICK J. MAHONEY          LAW AND MOTION

  TITLE: NTC AND MOTION  FOR AN ORDER TO REQUIRE PLTF TO FURNISH SECURITY        (ADDED DEC-19-2007)

================================================================================

APR-18-2008  9:00 AM  M - 212    ARLENE T. BORICK          CASE MANAGEMENT CONFERENCE

  TITLE: CASE MANAGEMENT CONFERENCE                                          (ADDED NOV-15-2007)

================================================================================

# EXHIBIT B

| | SUM-100 |
|---|---|

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SourceCorp., Inc.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Janet Pickens

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, San Francisco, 400 McAllister Street, San Francisco, CA 94102

CASE NUMBER:
*(Número del Caso):*
CGC-07-468754

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Janet Pickens, 60 Cashmere St., #1A, San Francisco, CA 94124, 415-648-1579

DATE: NOV 0 1 2007        Gordon Park-Li        Deborah Steppe
*(Fecha)*        Clerk, by _____, Deputy
        *(Secretario)*        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [✓] on behalf of *(specify):*

   under: [✓] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | |
|---|---|

Janet Pickens
60 Cashmere St., #1A
San Francisco, CA 94124
TELEPHONE NO: 415-648-1579    FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:

SUMMONS ISSUED
FOR COURT USE ONLY
FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

2007 NOV -1  AM II: 09

GORDON PARK - LI, CLERK

Deborah Steppe
BY: _____ DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Janet Pickens

DEFENDANT: SourceCorp., Inc.

☐ DOES 1 TO _____

CASE MANAGEMENT CONFERENCE SET

APR 0 4 2008 .9⁰⁰AM

DEPARTMENT 212

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED *(Number)*:
Type *(check all that apply)*:
☐ MOTOR VEHICLE  ☐ OTHER *(specify)*:
☐ Property Damage  ☐ Wrongful Death
☑ Personal Injury  ☐ Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded  ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:

CGC-07-468754

1. Plaintiff *(name or names)*:  Janet Pickens
   alleges causes of action against defendant *(name or names)*:
   SourceCorp., Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ except plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

4. [ ] **Plaintiff** *(name):*

Is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
    a. [✓] except defendant *(name):* SourceCorp., Inc.
       (1) [ ] a business organization, form unknown
       (2) [✓] a corporation
       (3) [ ] an unincorporated entity *(describe):*

       (4) [ ] a public entity *(describe):* .

       (5) [ ] other *(specify):*

    c. [ ] except defendant *(name):*
       (1) [ ] a business organization, form unknown
       (2) [ ] a corporation
       (3) [ ] an unincorporated entity *(describe):*

       (4) [ ] a public entity *(describe):*

       (5) [ ] other *(specify):*

    b. [ ] except defendant *(name):*
       (1) [ ] a business organization, form unknown
       (2) [ ] a corporation
       (3) [ ] an unincorporated entity *(describe):*

       (4) [ ] a public entity *(describe):*

       (5) [ ] other *(specify):*

    d. [ ] except defendant *(name):*
       (1) [ ] a business organization, form unknown
       (2) [ ] a corporation
       (3) [ ] an unincorporated entity *(describe):*

       (4) [ ] a public entity *(describe):*

       (5) [ ] other *(specify):*

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
    a. [ ] Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
    b. [ ] Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
    a. [ ] at least one defendant now resides in its jurisdictional area.
    b. [✓] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. [✓] injury to person or damage to personal property occurred in its jurisdictional area.
    d. [ ] other *(specify):*

9. [✓] Plaintiff is required to comply with a claims statute, and
    a. [✓] has complied with applicable claims statutes, or
    b. [ ] is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage *(specify)*:

   SourceCorp. has continued to use its computers to control individuals, SourceCorp has continued to violate the privacy of the plaintiff, by preventing her from completing and acquiring tasks. SourceCorp has also prevented the plaintiff from obtaining legitimate employment.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☐ compensatory damages
      (2) ☑ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ 200,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 11/01/07

Janet Pickens
_____
(TYPE OR PRINT NAME)

*Janet Pickens*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]            COMPLAINT—Personal Injury, Property            Page 3 of 3
                                            Damage, Wrongful Death

# Superior Court of California, County of San Francisco

## Case Information

### CGC-07-468754

JANET PICKENS VS. SOURCECORP., INC. (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|---|---|---|
| Dec-19-2007 | MINI-MINUTES FOR DEC-19-2007 9:30 AM | |
| Dec-19-2007 | LAW AND MOTION, 302, DEFENDANT SOURCECORP., INC.'S DEMURRER TO COMPLAINT. COURT ADOPTS ITS TENTATIVE RULING: OFF CALENDAR PER MOVING PARTY. JUDGE: PATRICK J. MAHONEY, REPORTER ROBERT BALIAN, CSR 5220 | |
| Dec-03-2007 | REPONSE TO DEFTS' DEMURRER TO 1ST AMENDED COMPLAINT FILED BY PLAINTIFF PICKENS, JANET | |
| Nov-30-2007 | DEMURRER TO 1ST AMENDED COMPLAINT, PROOF OF SERVICE, POINTS AND AUTHORITIES FILED BY DEFENDANT SOURCECORP., INC. HEARING SET FOR JAN-03-2008 AT 09:30 AM IN DEPT 302 | 40.00 |
| Nov-26-2007 | OPPOSITION TO DEMURRER AND MEMO OF P & A FILED BY PLAINTIFF PICKENS, JANET | |
| Nov-19-2007 | PROOF OF SERVICE OF AMENDED COMPLAINT WITH ATTACHED CAUSE OF ACTION FILED BY PLAINTIFF PICKENS, JANET SERVED NOV-20-2007, PERSONAL SERVICE ON DEFENDANT SOURCECORP., INC. | |
| Nov-19-2007 | 1ST AMENDED COMPLAINT FILED BY PLAINTIFF PICKENS, JANET AS TO DEFENDANT SOURCECORP., INC. | |
| Nov-16-2007 | DEMURRER TO COMPLAINT, PROOF OF SERVICE FILED BY DEFENDANT SOURCECORP., INC. HEARING SET FOR DEC-19-2007 AT 09:30 AM IN DEPT 302 | 375.00 |
| Nov-07-2007 | SUMMONS ON COMPLAINT FILED BY PLAINTIFF PICKENS, JANET SERVED NOV-01-2007, MAIL AND ACKNOWLEDGEMENT, ACKNOWLEDGMENT DATE NOV-07-2007 ON DEFENDANT SOURCECORP., INC. | |
| Nov-01-2007 | APPLICATION FOR WAIVER OF 985.(I) CRC COURT FEES AND COSTS (CONFIDENTIAL) FILED BY PLAINTIFF PICKENS, JANET ORDER GRANTING WAIVER OF 985.(I) CRC COURT FEES AND COSTS | |
| Nov-01-2007 | NOTICE TO PLAINTIFF | |
| Nov-01-2007 | BUSINESS TORT, COMPLAINT FILED BY PLAINTIFF PICKENS, JANET AS TO DEFENDANT SOURCECORP., INC. SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR APR-04-2008 PROOF OF SERVICE DUE ON          DEC-31-2007 CASE MANAGEMENT STATEMENT DUE ON          MAR-20-2008 | IFP |

## Parties

PICKENS, JANET
    PLAINTIFF
        60 CASHMERE ST #1A
        SF          CA   94124

# Superior Court of California, County of San Francisco

## Case Information

### CGC-07-468754

JANET PICKENS VS. SOURCECORP., INC. (Unlimited)

## Parties

```
          PHONE: (415) 648-1579
             999999 - PRO PER
                NOV-01-2007 - COMPLAINT FILED BY PLAINTIFF
                NOV-01-2007 - APPLICATION FOR WAIVER OF FEES FILED BY PLAINTIFF
                NOV-07-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
                NOV-19-2007 - COMPLAINT FILED BY PLAINTIFF
                NOV-19-2007 - PROOF OF SERVICE OF (GENERIC) FILED BY PLAINTIFF
                NOV-26-2007 - OPPOSITION FILED BY PLAINTIFF
                DEC-03-2007 - GENERIC CIVIL FILING (NO FEE) FILED BY PLAINTIFF
                   NOV-01-2007  W1007B01F017           .00  IFP
========================================================================
SOURCECORP., INC.
    DEFENDANT
             041097 - SKINNER, JEFFREY ALBERT
                NOV-01-2007 - COMPLAINT FILED AGAINST DEFENDANT
                NOV-07-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
                NOV-16-2007 - DEMURRER FILED BY DEFENDANT
                NOV-19-2007 - COMPLAINT FILED AGAINST DEFENDANT
                NOV-19-2007 - PROOF OF SERVICE OF (GENERIC) FILED AGAINST DEFENDANT
                NOV-30-2007 - DEMURRER FILED BY DEFENDANT
                   NOV-16-2007  W1407B16F006        375.00  CHECK
                   NOV-30-2007  W1507B30M017         40.00  CHECK
```

## Attorneys

```
JEFFREY ALBERT SKINNER                              BAR NUMBER: 041097
    SKINNER & HAGOPIAN LLP
    601 MONTGOMERY ST  STE 1150
    SAN FRANCISCO               CA  94111
    PHONE: (415) 391-4200
    FAX:   (415) 989-4739
        DEFENDANT: SOURCECORP., INC.
========================================================================
JANET PICKENS                                   IN PROPRIA PERSONA
    60 CASHMERE ST #1A
    SF                         CA  94124
    PHONE: (415) 648-1579    EXT 00000
        PRO PER PLAINTIFF
```

## Calendar

```
DEC-19-2007  9:30 AM  M - 302   PATRICK J. MAHONEY      LAW AND MOTION
    TITLE: DEMURRER TO COMPLAINT
    OFF CALENDAR DEC-19-2007 Off Calendar                    (ADDED NOV-16-2007)
    TENTATIVE RULING: SET FOR HEARING ON WEDNESDAY, DECEMBER 19, 2007,  LINE 10.  DEFENDANT SOURCECORP., IN
    MINI-MINUTE: DEFENDANT SOURCECORP., INC.'S DEMURRER TO COMPLAINT.  NO APPEARANCES ON THIS MATTER.  COUR
========================================================================
JAN-03-2008  9:30 AM  M - 302   PATRICK J. MAHONEY      LAW AND MOTION
    TITLE: DEMURRER TO 1ST AMENDED COMPLAINT
                                                            (ADDED NOV-30-2007)
========================================================================
```

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-468754

JANET PICKENS VS. SOURCECORP., INC. (Unlimited)

## Calendar

APR-04-2008  9:00 AM  M - 212    ARLENE T. BORICK          CASE MANAGEMENT CONFERENCE
   TITLE: CASE MANAGEMENT CONFERENCE                                          (ADDED NOV-01-2007)
=================================================================================================

# EXHIBIT C

(               (

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Superior Court of California-Commission Sue M. Kaplan

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Janet Pickens

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

        You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

        There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

        *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

        *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

**CASE NUMBER:**
*(Número del Caso):*
CGC-07-468967

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, San Francisco, 400 McAllister Street, San Francisco, CA 94102

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Janet Pickens, 60 Cashmere Street, San Francisco, CA 94124, 415-648-1579

DATE: NOV 0 7 2007     Gordon Park-Li    Deborah Steppe
*(Fecha)*                  Clerk, by _____, Deputy
                           *(Secretario)*             *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):*
     under: ☑ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
            ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
            ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412 20, 465
American LegalNet, Inc. | www.USCourtForms.com

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Janet Pickens
60 Cashmere St., #1A
San Francisco, CA 94124
TELEPHONE NO: 415-648-1579          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Janet Pickens

DEFENDANT: Superior Court of California- Comm. Sue M. Kaplan

☐ DOES 1 TO

**FILED**
San Francisco County Superior Court

NOV 0 7 2007

GORDON PARK-LI, Clerk
BY: *Deborah Steppe*
DEBORAH STEPPE, Deputy Clerk

CASE MANAGEMENT CONFERENCE SET

APR 1 1 2008 -9:00 AM

DEPARTMENT 212

**SUMMONS ISSUED**

CASE NUMBER:

CGC-07-468967

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE      ☐ OTHER (specify):
   ☐ Property Damage         ☐ Wrongful Death
   ☐ Personal Injury          ☑ Other Damages (specify): Negligence

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded     ☐ does not exceed $10,000
                      ☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

1. Plaintiff (name or names): Janet Pickens
   alleges causes of action against defendant (name or names):
   Superior Court of California-Commissioner Sue M. Kaplan
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. ☐ Plaintiff *(name):*

   Is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name):* Superior Court of Cal.   c. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*       (3) ☐ an unincorporated entity *(describe):*

      (4) ☑ a public entity *(describe):*                (4) ☐ a public entity *(describe):*
          Superior Court of California
      (5) ☐ other *(specify):*                           (5) ☐ other *(specify):*


   b. ☐ except defendant *(name):*                       d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*       (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*                (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                           (5) ☐ other *(specify):*


      ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other
       named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
       plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*


9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*


COMPLAINT—Personal Injury, Property
                                          Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other (specify):

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☑ other damage (specify):
        has a delay and possibly a loss of $400,000.00 on 11/6/07. Superior Court has entered several
        Defaults for the Plaintiff, Ms. Pickens, (see attached). The Commissioners in Superior Court has
        put "Off Calendar" Defaults that have been filed and entered legally by Superior Court staff.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☐ compensatory damages
       (2) ☑ punitive damages
    The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☐ according to proof
       (2) ☑ in the amount of: $ 10,000,000,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: 11/7/07

Janet Pickens
(TYPE OR PRINT NAME)

▶ _Janet Pickens_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

THE ANNEXED INSTRUMENT IS A
CORRECT COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
ATTEST: CERTIFIED

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Janet Pickens<br>60 Cashmere Street, #1A<br>San Francisco, CA 94124<br>TELEPHONE NO.: 415-648-1579<br>FAX NO.<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | OCT 0 3 2007<br>GORDON PARK-LI, Clerk<br>FOR SUPERIOR COURT<br>DEPUTY CLERK<br>BOWMAN LIU |

**F I L E D**
San Francisco County Superior Court

OCT 0 3 2007

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN FRANCISCO**
STREET ADDRESS: **400 McAllister Street**
MAILING ADDRESS:
CITY AND ZIP CODE: **San Francisco, CA 94102**
BRANCH NAME:

PLAINTIFF/PETITIONER: Janet Pickens

DEFENDANT/RESPONDENT: Brenda Hutchinson, John Stewart Company

| REQUEST FOR<br>(Application) | ☑ Entry of Default | ☐ Clerk's Judgment | CASE NUMBER: |
|---|---|---|---|
| | ☐ Court Judgment | | CGC-07-459874 |

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): January 24, 2007
   b. by (name): Janet Pickens
   c. ☑ Enter default of defendant (names): Brenda Hutchinson, John Stewart Company

   d. ☑ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):
   Brenda Hutchinson, John Stewart Company  -  (See attached letter from Dept. 212)

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*

   e. ☑ Enter clerk's judgment
   (1) ☑ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
   ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
   (2) ☐ under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
   (3) ☐ for default previously entered on (date):

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint . . . . . . . . . . . | $ 200,000.00 | $ | $ 200,000.00 |
| b. Statement of damages * | | | |
| (1) Special . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| (2) General . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| c. Interest . . . . . . . . . . . . . . . . . . . . . | $ | $ | $ |
| d. Costs (see reverse) . . . . . . . . . . . . | $ | $ | $ |
| e. Attorney fees . . . . . . . . . . . . . . . . | $ | $ | $ |
| f. TOTALS . . . . . . . . . . . . . . . . . . . . | $ 200,000.00 | $ | $ 200,000.00 |

   g. Daily damages were demanded in complaint at the rate of: $ 0          per day beginning (date):
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. ☐ (Check if filed in an unlawful detainer case) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: October 1, 2007

Janet Pickens
(TYPE OR PRINT NAME)                    *Janet Pickens*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

OCT 0 3 2007

| (1) ☑ Default entered as requested on (date): | |
| (2) ☐ Default NOT entered as requested (state reason): | |

Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure,
§§ 585-587, 1169
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

THE ANNEXED INSTRUMENT IS A

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTEST: CERTIFIED

Janet Pickens
60 Cashmere Street, #1A
San Francisco, CA 94124
TELEPHONE NO.: 415-648-1579
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

OCT 0 3 2007

FAX NO. GORDON PARK-LI, Clerk

BOWMAN LIU CLERK

**F I L E D**
San Francisco County Superior Court

OCT - 3 2007

GORDON PARK-LI, Clerk

BY _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: Janet Pickens

DEFENDANT/RESPONDENT: Kaiser Foundation Hospitals, et al

| REQUEST FOR (Application) | ✓ Entry of Default | ☐ Clerk's Judgment | CASE NUMBER: |
|---|---|---|---|
| | ☐ Court Judgment | | CGC-07-466506 |

1. **TO THE CLERK:** On the complaint or cross-complaint filed
   a. on (date): August 23, 2007
   b. by (name): Janet Pickens
   c. ✓ Enter default of defendant (names): Kaiser Foundation Hospitals,

   d. ✓ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):
   Kaiser Foundation Hospitals,

   (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. ☐ Enter clerk's judgment
   (1) ☐ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
   ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
   (2) ☐ under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
   (3) ☐ for default previously entered on (date):

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint ............. | $ 400,000.00 | $ | $ 400,000.00 |
| b. Statement of damages * | | | |
| (1) Special .................... | $ | $ | $ |
| (2) General .................... | $ | $ | $ |
| c. Interest .................... | $ | $ | $ |
| d. Costs (see reverse) ............. | $ | $ | $ |
| e. Attorney fees .................... | $ | $ | $ |
| f. TOTALS .................... | $ 400,000.00 | $ | $ 400,000.00 |

g. Daily damages were demanded in complaint at the rate of: $ ____ per day beginning (date):
(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. ☐ (Check if filed in an unlawful detainer case) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: September 27, 2007

Janet Pickens
(TYPE OR PRINT NAME)

*Janet Pickens*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) ✓ Default entered as requested on (date): OCT - 3 2007 |
|---|---|
| | (2) ☐ Default NOT entered as requested (state reason): |

Clerk, by S. CRUSCO , Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure,
§§ 585-587, 1169
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

THE ANNEXED INSTRUMENT IS A
CORRECT COPY OF THE ORIGINAL
ON FILE IN MY OFFICE.
ATTEST; CERTIFIED

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT |
|---|---|

Janet Pickens-Stanford
60 Cashmere Street, #1A
San Francisco, CA 94102
  TELEPHONE NO.: 415-648-1579
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

OCT 0 9 2007

GORDON PARK-LI, Clerk
Superior Court of the Count of San Francisco
FAX NO. By:
        DEPUTY CLERK
DENNIS TOYAMA

**FILED**
San Francisco County Superior Court

OCT - 9 2007

GORDON PARK-LI, Clerk
BY
        Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
  STREET ADDRESS: 400 McAllister Street
  MAILING ADDRESS:
  CITY AND ZIP CODE: San Francisco, CA 94102
  BRANCH NAME:

PLAINTIFF/PETITIONER: Janet Pickens-Stanford

DEFENDANT/RESPONDENT: Department of Human Services

| REQUEST FOR (Application) | ☑ Entry of Default | ☐ Clerk's Judgment | CASE NUMBER: |
|---|---|---|---|
| | ☐ Court Judgment | | CGC-07-466857 |

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): September 4, 2007
   b. by (name): Janet Pickens-Stanford
   c. ☑ Enter default of defendant (names): Department of Human Services

   d. ☑ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):
      Department of Human Services            (Dept. 212 is on the calendar)

      (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code
      Civ. Proc., § 585(d).)
   e. ☑ Enter clerk's judgment
      (1) ☑ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section
             1174(c) does not apply. (Code Civ. Proc., § 1169.)
          ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The
             Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section
             415.46.
      (2) ☑ under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the
             reverse (item 5).)
      (3) ☐ for default previously entered on (date):

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ 500,000.00 | $ | $ 500,000.00 |
| b. Statement of damages * | | | |
|   (1) Special | $ | $ | $ |
|   (2) General | $ | $ | $ |
| c. Interest | $ | $ | $ |
| d. Costs (see reverse) | $ | $ | $ |
| e. Attorney fees | $ | $ | $ |
| f. TOTALS | $ 500,000.00 | $ | $ 500,000.00 |
| g. Daily damages were demanded in complaint at the rate of: $ | | per day beginning (date): | |

   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. ☐ (Check if filed in an unlawful detainer case) Legal document assistant or unlawful detainer assistant information is on
       the reverse (complete item 4).

Date: October 5, 2007

Janet Pickens-Stanford
          (TYPE OR PRINT NAME)

Janet Pickens - Stanford
          (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) ☑ Default entered as requested on (date): OCT - 9 2007 |
|---|---|
| | (2) ☐ Default NOT entered as requested (state reason): |
| | Clerk, by S. CRUSCO, Deputy |

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure,
§§ 585-587, 1169
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Janet Stanford
60 Cashmere Street, #1A
San Francisco, CA 94124
TELEPHONE NO.: 415-648-1579     FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

**COPY**

FILED
SAN FRANCISCO COUNTY
SUPERIOR COURT

2007 OCT 12  PH 3: 44

GORDON PARK-LI CLERK
BY NADITA MASON
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: Janet Stanford

DEFENDANT/RESPONDENT: University of California, San Francisco

| REQUEST FOR (Application) | ☑ Entry of Default | ☐ Clerk's Judgment | CASE NUMBER: |
|---|---|---|---|
| | ☐ Court Judgment | | CGC-07-466854 |

1. **TO THE CLERK:** On the complaint or cross-complaint filed
   a. on *(date):* ~~9/4/07~~ and 9/11/07
   b. by *(name):* Janet Stanford
   c. ☑ Enter default of defendant *(names):* University of California, San Francisco

   d. ☑ I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant *(names):*
      University of California, San Francisco
      *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. ☑ Enter clerk's judgment
      (1) ☑ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. *(Code Civ. Proc, § 1169.)*
         ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☑ under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)*
      (3) ☐ for default previously entered on *(date):*

2. Judgment to be entered.

| | | Amount | Credits acknowledged | Balance |
|---|---|---|---|---|
| a. | Demand of complaint ........ | $ 2,000,000,000.00 | $ | $ 2,000,000,000.00 |
| b. | Statement of damages * | | | |
| | (1) Special .................... | $ | $ | $ |
| | (2) General ................... | $ | $ | $ |
| c. | Interest ...................... | $ 0 | $ | $ 0 |
| d. | Costs *(see reverse)*.......... | $ 0 | $ | $ 0 |
| e. | Attorney fees................ | $ 0 | $ | $ 0 |
| f. | TOTALS ...................... | $ 2,000,000,000.00 | $ | $ 2,000,000,000.00 |

   g. Daily damages were demanded in complaint at the rate of: $ _____ per day beginning *(date):*
   (* *Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.*)

3. ☐ *(Check if filed in an unlawful detainer case)* Legal document assistant or unlawful detainer assistant information is on the reverse *(complete item 4).*

Date: 10-11-07

*Janet Stanford*                          ▶ *Janet Stanford*
(TYPE OR PRINT NAME)                        (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) ☑ Default entered as requested on *(date):* OCT 12 2007 | | |
|---|---|---|---|
| | (2) ☐ Default NOT entered as requested *(state reason):* | | |
| | N. Mason | | |
| | Clerk, by _____, Deputy | | |

Page 1 of 2

| Form Adopted for Mandatory Use | | Code of Civil Procedure, |
|---|---|---|
| Judicial Council of California | **REQUEST FOR ENTRY OF DEFAULT** | §§ 585-587, 1169 |
| CIV-100 [Rev. January 1, 2007] | **(Application to Enter Default)** | www.courtinfo.ca.gov |

American LegalNet, Inc.
www.FormsWorkflow.com

**Superior Court of California, County of San Francisco**

# Case Information

## CGC-07-468967

JANET PICKENS VS. SUPERIOR COURT OF CALIFORNIA-COMM. SUE M. KAPLAN (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| Dec-18-2007 | OBJECTION TO ENTRY OF DEFAULT REJECT FILED BY PLAINTIFF PICKENS, JANET | |
| Dec-13-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX AS TO DEFENDANT SUPERIOR COURT OF CALIFORNIA-COMM. SUE M. KAPLAN | |
| Nov-16-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF PICKENS, JANET SERVED NOV-07-2007, MAIL AND ACKNOWLEDGEMENT, ACKNOWLEDGMENT DATE NOV-13-2007 ON DEFENDANT SUPERIOR COURT OF CALIFORNIA-COMM. SUE M. KAPLAN | |
| Nov-07-2007 | APPLICATION FOR WAIVER OF 985.(I) CRC COURT FEES AND COSTS (CONFIDENTIAL) FILED BY PLAINTIFF PICKENS, JANET ORDER GRANTING WAIVER OF 985.(I) CRC COURT FEES AND COSTS | |
| Nov-07-2007 | NOTICE TO PLAINTIFF | |
| Nov-07-2007 | PROFESSIONAL NEGLIGENCE, COMPLAINT FILED BY PLAINTIFF PICKENS, JANET AS TO DEFENDANT SUPERIOR COURT OF CALIFORNIA-COMM. SUE M. KAPLAN SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR APR-11-2008 PROOF OF SERVICE DUE ON          JAN-07-2008 CASE MANAGEMENT STATEMENT DUE ON       MAR-27-2008 | IFP |

## Parties

```
PICKENS, JANET
    PLAINTIFF
        60 CASHMERE ST #1A
        SF              CA   94124
        PHONE: (415) 648-1579
            999999 - PRO PER
                NOV-07-2007 - COMPLAINT FILED BY PLAINTIFF
                NOV-07-2007 - APPLICATION FOR WAIVER OF FEES FILED BY PLAINTIFF
                NOV-16-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
                DEC-18-2007 - GENERIC CIVIL FILING (NO FEE) FILED BY PLAINTIFF
                    NOV-07-2007  W1007B07F014          .00  IFP
===================================================================================
SUPERIOR COURT OF CALIFORNIA-COMM. SUE M. KAPLAN
    DEFENDANT
                NOV-07-2007 - COMPLAINT FILED AGAINST DEFENDANT
                NOV-16-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
                DEC-13-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
```

## Attorneys

| | |
|---|---|
| JANET PICKENS | IN PROPRIA PERSONA |
| 60 CASHMERE ST #1A | |
| SF              CA   94124 | |
| PHONE: (415) 648-1579    EXT 00000 | |

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-468967

JANET PICKENS VS. SUPERIOR COURT OF CALIFORNIA-COMM. SUE M. KAPLAN (Unlimited)

## Attorneys

PRO PER PLAINTIFF

## Calendar

APR-11-2008  9:00 AM  M - 212   ARLENE T. BORICK        CASE MANAGEMENT CONFERENCE
     TITLE: CASE MANAGEMENT CONFERENCE                              (ADDED NOV-07-2007)
================================================================================

# EXHIBIT D

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br><br>Janet Stanford<br>60 Cashmere Street, #1A<br>San Francisco, CA 94124<br>TELEPHONE NO: 415-648-1579    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | **FOR COURT USE ONLY**<br><br>**FILED**<br>San Francisco County Superior Court<br><br>SEP 1 1 2007<br><br>GORDON PARK-LI, Clerk<br>BY: _____<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF    SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: JANET STANFORD

DEFENDANT: UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

☑ DOES 1 TO    1

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☑ **AMENDED** *(Number):*    1<br>**Type** *(check all that apply):*<br>☐ **MOTOR VEHICLE**    ☐ **OTHER** *(specify):*<br>☐ Property Damage    ☐ Wrongful Death<br>☐ Personal Injury    ☐ Other Damages *(specify):* | |
| **Jurisdiction** *(check all that apply):*<br>☐ **ACTION IS A LIMITED CIVIL CASE**<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000<br>☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>☐ **ACTION IS RECLASSIFIED by this amended complaint**<br>☐ from limited to unlimited<br>☐ from unlimited to limited | **CASE NUMBER:**<br><br>CGC-07-466854 |

1. Plaintiff *(name or names):* JANET STANFORD
   alleges causes of action against defendant *(name or names):*
   UNIVERSITY OF CALIFORNIA, SAN FRANCISCO; MARK MACBAYNE
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | CGC-07-466854 |

4. ☐ Plaintiff *(name):*

    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. ☑ **except defendant** *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☑ a public entity *(describe):*
       University of California, San Francis.
    (5) ☐ other *(specify):*

  c. ☐ **except defendant** *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  b. ☐ **except defendant** *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  d. ☐ **except defendant** *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants *(specify Doe numbers):* _____I_____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify):*

9. ☑ Plaintiff is required to comply with a claims statute, and
  a. ☑ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| | CGC-07-466854 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
  a. ☐ Motor Vehicle
  b. ☑ General Negligence
  c. ☐ Intentional Tort
  d. ☐ Products Liability
  e. ☐ Premises Liability
  f. ☐ Other *(specify):*

11. Plaintiff has suffered
  a. ☑ wage loss
  b. ☐ loss of use of property
  c. ☐ hospital and medical expenses
  d. ☐ general damage
  e. ☐ property damage
  f. ☐ loss of earning capacity
  g. ☑ other damage *(specify):*

   Defamation of character, and damage to her reputation.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☐ according to proof
      (2) ☑ in the amount of: $ 2,000,000,000.00

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: September 11, 2007

_____
Janet Stanford
(TYPE OR PRINT NAME)

▶ *Janet Stanford*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|

_____ **CAUSE OF ACTION—General Negligence**    Page _____
(number)

ATTACHMENT TO  [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  JANET STANFORD

       alleges that defendant *(name):*  The University of California, San Francisco

      [✓] Does _____1_____ to _____1_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  October 2006
at *(place):*  San Francisco, California

*(description of reasons for liability):*

Due to the recent discovery of the defendants stating that the Plaintiff, Ms. Janet Stanford, had
"died", we have decided to increase the complaint amount.

Defamation of Character and damages to her reputation had caused the University of California to
overlook her on submitting her resume to well qualified positions that she had applied to over the
past several months. The Plaintiff had applied to almost 100 positions over the past several
months because she was in a "Job Club" and was required to look for a job and show proof of job
searched on a weekly basis to her instructor, which had submitted numerous jobs that she had
applied to at the University of California, San Francisco, due to the fact the the University of
California, San Francisco, send CONFIRMATIONS of job that was applied for online.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-466854

JANET STANFORD VS. UNIVERSITY OF CALIFORNIA, SAN FRANCISCO et al (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| Dec-04-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX AS TO DEFENDANT<br>MACBAYNE, MARK | |
| Nov-29-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF<br>STANFORD, JANET<br>SERVED NOV-29-2007, PERSONAL SERVICE ON DEFENDANT<br>MACBAYNE, MARK | |
| Nov-28-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX ( NO SASE) AS TO DEFENDANT<br>MACBAYNE, MARK | |
| Nov-20-2007 | UNCONTESTED DEFAULT PROVE-UP HEARING OF NOV-20-2007 IN DEPARTMENT 218 IS OFF CALENDAR BECAUSE THERE IS NO DEFAULT AS TO CO-DEFENDANT, MARCK MACBAYNE. COMMISSIONER SUE M. KAPLAN, CLERK: SAJJA RAVINANTAPRICHA & CARLA AMADOR, CSR: PATRICIA ABALOS #13128 (DEPARTMENT 218) | |
| Nov-20-2007 | MINI-MINUTES FOR NOV-20-2007 9:00 AM | |
| Oct-15-2007 | ADDED TO CALENDAR FOR DEFAULT PROVE-UP.<br>HEARING SET FOR NOV-20-2007 AT 09:00 AM IN DEPT 218 | |
| Oct-12-2007 | REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED, DECLARATION OF NON-MILITARY STATUS<br>AS TO DEFENDANT<br>UNIVERSITY OF CALIFORNIA, SAN FRANCISCO | |
| Sep-11-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF<br>STANFORD, JANET<br>SERVED SEP-11-2007, PERSONAL SERVICE ON DEFENDANT<br>UNIVERSITY OF CALIFORNIA, SAN FRANCISCO | |
| Sep-11-2007 | 1ST AMENDED COMPLAINT FILED BY PLAINTIFF<br>STANFORD, JANET<br>AS TO DEFENDANT<br>UNIVERSITY OF CALIFORNIA, SAN FRANCISCO<br>MACBAYNE, MARK | |
| Sep-05-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF<br>STANFORD, JANET<br>SERVED SEP-05-2007, PERSONAL SERVICE ON DEFENDANT<br>DOE 1 | |
| Sep-05-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF<br>STANFORD, JANET<br>SERVED SEP-05-2007, PERSONAL SERVICE ON DEFENDANT<br>UNIVERSITY OF CALIFORNIA, SAN FRANCISCO | |
| Sep-05-2007 | NOTICE AND ACKNOWLEDGMENT OF RECEIPT (PARTY SERVED UNIVERSITY OF CALIF.) FILED BY PLAINTIFF<br>STANFORD, JANET | |
| Sep-04-2007 | APPLICATION FOR WAIVER OF 985.(I) CRC COURT FEES AND COSTS (CONFIDENTIAL) FILED BY PLAINTIFF<br>STANFORD, JANET<br>ORDER GRANTING WAIVER OF 985.(I) CRC COURT FEES AND COSTS | |
| Sep-04-2007 | NOTICE TO PLAINTIFF | |
| Sep-04-2007 | DEFAMATION, COMPLAINT FILED BY PLAINTIFF<br>STANFORD, JANET<br>AS TO DEFENDANT | IFP |

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-466854

JANET STANFORD VS. UNIVERSITY OF CALIFORNIA, SAN FRANCISCO et al (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|---|---|---|
| | UNIVERSITY OF CALIFORNIA, SAN FRANCISCO | |
| | DOE 1 | |
| | SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED | |
| | CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEB-01-2008 | |
| | PROOF OF SERVICE DUE ON                    NOV-05-2007 | |
| | CASE MANAGEMENT STATEMENT DUE ON           JAN-17-2008 | |

## Parties

STANFORD, JANET
    PLAINTIFF
        60 CASHMERE STREET, #1A
        SAN FRANCISCO          CA  94124
        PHONE: (415) 648-1579
            999999 - PRO PER
                SEP-04-2007 - COMPLAINT FILED BY PLAINTIFF
                SEP-04-2007 - APPLICATION FOR WAIVER OF FEES FILED BY PLAINTIFF
                SEP-05-2007 - NOTICE AND ACKNOWLEDGMENT OF RECEIPT FILED BY PLAINTIFF
                SEP-05-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
                SEP-05-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
                SEP-11-2007 - COMPLAINT FILED BY PLAINTIFF
                SEP-11-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
                NOV-29-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
                    SEP-04-2007  W1207904F002          .00  IFP
==================================================================================
UNIVERSITY OF CALIFORNIA, SAN FRANCISCO
    DEFENDANT
                SEP-04-2007 - COMPLAINT FILED AGAINST DEFENDANT
                SEP-05-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
                SEP-11-2007 - COMPLAINT FILED AGAINST DEFENDANT
                SEP-11-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
                OCT-12-2007 - REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED FILED AGAINST D
==================================================================================
DOE 1
    DEFENDANT
                SEP-04-2007 - COMPLAINT FILED AGAINST DEFENDANT
                SEP-05-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
==================================================================================
MACBAYNE, MARK
    DEFENDANT
                SEP-11-2007 - COMPLAINT FILED AGAINST DEFENDANT
                NOV-28-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
                NOV-29-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
                DEC-04-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT

## Attorneys

JANET STANFORD                              IN PROPRIA PERSONA
    60 CASHMERE STREET, #1A
    SAN FRANCISCO          CA  94124

# Superior Court of California, County of San Francisco

## Case Information

### CGC-07-466854

JANET STANFORD VS. UNIVERSITY OF CALIFORNIA, SAN FRANCISCO et al (Unlimited)

## Attorneys

PHONE: (415) 648-1579    EXT 00000
PRO PER PLAINTIFF

## Calendar

NOV-20-2007  9:00 AM  M - 218    SUE M. KAPLAN              UNCONTESTED
    TITLE: DEFAULT PROVE-UP.                                        (ADDED OCT-15-2007)
    OFF CALENDAR NOV-20-2007 Off Calendar
    MINI-MINUTE: Commissioner Sue M. Kaplan, Clerk: Sajja Ravinantapricha & Carla Amador, CSR: Patricia Aba
=================================================================================================
FEB-01-2008  9:00 AM  M - 212    ARLENE T. BORICK          CASE MANAGEMENT CONFERENCE
    TITLE: CASE MANAGEMENT CONFERENCE                                (ADDED SEP-04-2007)
=================================================================================================

# EXHIBIT E

**SUMMONS** SUM-100
*(CITACION JUDICIAL)*

FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Department of Human Services, Evelyn Mai
Docs 1

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Janet Pickens-Stanford

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, San Francisco, 400 McAllister Street, San Francisco, CA 94102

CASE NUMBER:
*(Número del Caso):* CGC-07-466857

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Janet Pickens-Stanford, 60 Cashmere Street, #1A, San Francisco, CA 94124

DATE: SEP 0 4 2007        Gordon Park-Li    Clerk, by _____, Deputy
*(Fecha)*                 *(Secretario)*     Jun Parrelo        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☑ on behalf of *(specify)*: Dept. of Human Services, City and County of San Francis

under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Janet Pickens-Stanford<br>60 Cashmere Street, #1A<br>San Francisco, CA 94124<br><br>TELEPHONE NO.: 415-648-1579    FAX NO.:<br>ATTORNEY FOR (Name): | **FILED**<br>San Francisco County Superior Court<br>✓ SEP 0 4 2007<br>GORDON PARK-LI, Clerk<br>BY: _____<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN FRANCISCO**
STREET ADDRESS: **400 McAllister Street**
MAILING ADDRESS:
CITY AND ZIP CODE: **San Francisco, Ca 94102**
BRANCH NAME:

CASE NAME:
Janet Pickens- tanford vs. Department of Human Services, Evelyn Mai

| CIVIL CASE COVER SHEET<br>[✓] Unlimited   [ ] Limited<br>(Amount        (Amount<br>demanded      demanded is<br>exceeds $25,000)  $25,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>CGC-07-466857<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[✓] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[✓] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify): 1
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: September 4, 2007

Janet Pickens-Stanford
(TYPE OR PRINT NAME)                                    ▶ *Janet Pickens-Stanford*
                                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>American LegalNet, Inc. |
|---|---|---|

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Janet Pickens-Stanford
60 Cashmere Street, #1A
San Francisco, CA 94124
TELEPHONE NO: 415-648-1579    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

**F I L E D**
San Francisco County Superior Court

✓ SEP 0 4 2007

GORDON PARK-LI, Clerk
BY: _____
        Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Janet Pickens-Stanford

DEFENDANT: Department of Human Services, Evelyn Mai

✓ DOES 1 TO    1

CASE MANAGEMENT CONFERENCE SET

FEB 0 1 2008 -9⁰⁰AM

DEPARTMENT 212

SUMMONS ISSUED

CASE NUMBER:

CGC-07-466857

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE    ☐ OTHER (specify):
    ☐ Property Damage    ☐ Wrongful Death
    ✓ Personal Injury    ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
    Amount demanded    ☐ does not exceed $10,000
                       ☐ exceeds $10,000, but does not exceed $25,000
✓ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

1. Plaintiff (name or names): Janet Pickens-Stanford
   alleges causes of action against defendant (name or names):
   Department of Human Services, Evelyn Mai
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name):* Dept. Human Services   c. ☐ except defendant *(name):*
       (1) ☐ a business organization, form unknown     (1) ☐ a business organization, form unknown
       (2) ☐ a corporation     (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe):*     (3) ☐ an unincorporated entity *(describe):*

       (4) ☑ a public entity *(describe):*     (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*     (5) ☐ other *(specify):*

   b. ☐ except defendant *(name):*     d. ☐ except defendant *(name):*
       (1) ☐ a business organization, form unknown     (1) ☐ a business organization, form unknown
       (2) ☐ a corporation     (2) ☐ a corporation
       (3) ☐ an unincorporated entity *(describe):*     (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*     (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*     (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
  a. ☐ Motor Vehicle
  b. ☑ General Negligence
  c. ☐ Intentional Tort
  d. ☐ Products Liability
  e. ☐ Premises Liability
  f. ☐ Other *(specify)*:

11. Plaintiff has suffered
  a. ☑ wage loss
  b. ☐ loss of use of property
  c. ☐ hospital and medical expenses
  d. ☐ general damage
  e. ☐ property damage
  f. ☐ loss of earning capacity
  g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☑ compensatory damages
     (2) ☐ punitive damages
     The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
     (1) ☐ according to proof
     (2) ☑ in the amount of: $ *500,000.— JPS*

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: September 5, 2007

Janet Pickens-Stanford
_____
(TYPE OR PRINT NAME)

▶ *Janet Pickens-Stanford*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|

---

**CAUSE OF ACTION—General Negligence**    Page _____

_____
(number)

ATTACHMENT TO  [✓] Complaint  [  ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Janet Pickens-Stanford

alleges that defendant *(name)*:  Department of Human Services, Evelyn Mai

[✓] Does ___1___ to ___1___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*:  August 15, 2007
at *(place)*:  PGE, 245 Market Street, San Francisco, CA 94111

*(description of reasons for liability):*

The Plaintiff currently on CalWork's Welfare-to-Work program, and after attending 2 of
CalWork's Job Readiness and Job Club classes, the Plaintiff was first offered a job at Anesthesia
Associates, located in Walnut Creek, California, as a Medical Coder that paid $25/hr. That job
only lasted 1 day because the plaintiff notified her CalWorks social worker that she had a
full-time job. After the social worker contacted Anesthesia Associates, the plaintiff's job
suddenly ended.

The plaintiff was then offered a job at PG&E as a "Validation Clerk", paying $17.60/hr. The
plaintiff notified her CalWork's Welfare-to-Work, social worker of her new job. Again, after the
social worker Evelyn Mai contacted PG&E the plaintiff's employment sudddenly ended after only
working 2 days. The Plaintiff was very productive and there were no problems reported.

This is an on-going occurrence with CalWorks, after notifying the social worker, as required,
when employment begins.

Evenlyn Mai has contacted PG&E several times after she knew that the Plaintiff's employment
there had ended, to make sure that the Plaintiff was indeed not there.

This has happened on 2 of the last jobs that the plaintiff has had since she has been on the
CalWork's Welfare-to-work program.

---

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com



Amerit Consulting Inc.
985 Moraga Road, Ste. 203
Lafayette, CA 94549
Phone: 925.284.0377  |  Fax: 925.284.0376
www.ameritconsulting.com

August 1, 2007

Janet Pickens-Stanford
60 Cashmere Street #1A
San Francisco, CA 94124

Dear Janet:

We are thrilled to offer you a position with Amerit Consulting, Inc. ("Amerit"). This letter is intended to confirm the details of your offer.

| | |
|---|---|
| Position: | Validation Clerk |
| Exempt/Non-Exempt: | Non-exempt, eligible for overtime |
| Job Classification: | Temporary Employee |
| Start Date: | To be determined, pending background check results, (tentatively August 7, 2007) |
| Compensation: | $17.60 per hour, paid weekly |
| Benefit Eligibility: | Eligible for company benefits, see Benefits Handbook |
| Vacation & Holidays: | Eligible for vacation and holiday pay, see Benefits Handbook for eligibility requirements |

Your employment will be for no guaranteed or specified period of time and will be on an at-will basis. The at-will status of your employment cannot be altered except by a written contract signed by the President of Amerit.

By signing this letter, you acknowledge that you are not eligible to participate in any of the benefit plans provided by Amerit's customers.

This offer is contingent upon your execution of Amerit's Mutual Agreement to Arbitrate and Employment Relationship and Confidentiality Agreement. To acknowledge your acceptance of the terms and conditions of your employment specified above, please sign this letter on the space provided below and return it to me at your earliest convenience. If you have any questions, please feel free to contact me.

We look forward to working with you.

Very truly yours,

Dan Williams

cc:    Personnel File

## ACCEPTANCE

I have read and understand the terms and conditions of this offer of employment, and I hereby accept all of those terms and conditions. I hereby declare that all statements contained in my application are true and correct and understand that false or inaccurate information provided by me may be the basis for termination.

By: _Janet Pickens-Stanford_
Janet Pickens-Stanford

### Job Order #AT-C58 IPC Night Shift ....tion Clerks
**20 positions**

**Location:**   245 Market St
San Francisco

**Dept:** IPC

**Shift:** Starts at 4pm, may go to 10pm or 11pm (ending time TBD)
Position is Monday through Friday; not a 40 hour week

**Start:** July 9th

**Duration:** 6 months

**Job Title:** Validation Clerk

**Pay Rate:** Base $16.00 + 10% shift differential = $17.60

**REQUIRED TEST SCORES:**
MS WORD
MS EXCEL
DATA ENTRY
MATH TEST
**The scores must be submitted in the worksheet provided.

**Job Description:**
Admin Clerk for the Verification group must be able to process a minimum of 55 applications per day. This task includes reviewing rebate applications for customer and product eligibility in accordance with the Policies & Procedures. The verification clerk reviews the application, enters data into the front-end database, thoroughly completes a checklist, and determines how the application should proceed. The starting pay is evaluated after six months and a productivity-based compensation model is used to determine pay - the higher the production in conjunction with a low error rate the higher the hourly rate. Admin Clerks with more verification experience are assigned to various research projects which aid in decreased processing time and fewer rejects.

**Skills:** Typing speed of 35 WPM
Follow detailed instructions and interpret complex policies and procedures
Strict attention to detail
Ability to work with windows-based application software
Good verbal and written communications skills
Ability to adapt to change
Self starter and quick learner

Please send qualified candidates to my attention.

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-466857

JANET PICKENS-STANFORD VS. DEPARTMENT OF HUMAN SERVICES et al (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| Dec-03-2007 | NTC OF MTN & MTN FOR TERMINATING CONTEMPT SSANCTION OR IN THE ALTERNATIVE TO REQUIRE PL TO FURNISH SECURITY PURSUANT TO CCP 391.1; REQUEST FOR JUDICIAL NTC,, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION FILED BY DEFENDANT     MAI, EVELYN     CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION ERRONEOUSLY SUED AS DEPARTMENT OF HUMAN SERVICES HEARING SET FOR JAN-22-2008 AT 09:30 AM IN DEPT 301 | EXEMPT |
| Nov-20-2007 | UNCONTESTED DEFAULT PROVE-UP CALENDAR OF NOV-20-2007 IN DEPARTMENT 218 IS OFF CALENDAR BECAUSE THE DEFAULT AS TO THE DEFENDANT WAS SET ASIDE. COMMISSIONER SUE M. KAPLAN, CLERK: SAJJA RAVINANTAPRICHA & CARLA AMADOR, CSR: PATRICIA ABALOS #13128 (DEPARTMENT 218) | |
| Nov-20-2007 | MINI-MINUTES FOR NOV-20-2007 9:00 AM | |
| Nov-16-2007 | OPPOSITION TO ORDER TO SET ASIDE DEFAULT FILED BY PLAINTIFF     PICKENS-STANFORD, JANET | |
| Nov-15-2007 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED GRANTIGN DEFT CITY'S MOTION TO SET ASIDE DEFAULT FILED BY DEFENDANT     CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION ERRONEOUSLY SUED AS DEPARTMENT OF HUMAN SERVICES | |
| Nov-15-2007 | MINI-MINUTES FOR NOV-15-2007 9:30 AM | |
| Nov-15-2007 | ORDER TO SET ASIDE DEFAULT/JUDGMENT/LEAVE TO DEFEND, ORDER DEFAULT OF OCT-09-2007 SET ASIDE | |
| Nov-15-2007 | LAW AND MOTION 301, DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S MOTION TO SET ASIDE DEFAULT PURSUANT TO CCP 473(B) BASED ON ATTORNEY'S FAULT OR, IN THE ALTERNATIVE, BASED ON MISTAKE, INADVERTENCE AND EXCUSABLE NEGLECT IS GRANTED. NO OPPOSITION FILED. ORDER SIGNED IN OPEN COURT. JUDGE: PETER J. BUSCH, REPORTER: JOE VICKSTEIN, CSR # 4780 | |
| Nov-13-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF     PICKENS-STANFORD, JANET SERVED NOV-07-2007, PERSONAL SERVICE ON DEFENDANT     MAI, EVELYN | |
| Nov-13-2007 | NOTICE AND ACKNOWLEDGMENT OF RECEIPT (DEFT EVELYN MAI, ACK. DATE 11/7/07) FILED BY PLAINTIFF     PICKENS-STANFORD, JANET | |
| Nov-09-2007 | OPPOSITION TO ORDER GRANTING MOTION OF SPECIALLY APPEARING DEFT, EVELYN MAI, TO QUASH DEFECTIVE SERVICE OF PROCESS FILED BY PLAINTIFF     PICKENS-STANFORD, JANET | |
| Nov-07-2007 | ORDER GRANTING MOTION OF SPECIALLY-APPEARING DEFENDANT EVELYNE MAI TO QUASH DEFECTIVE SERVICE OF PROCESS | |
| Nov-07-2007 | MINI-MINUTES FOR NOV-07-2007 9:30 AM | |
| Nov-07-2007 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED GRANTING MTN OF SPECIALLY APPEARING DF MAI TO QUASH DEFECTIVE SERVICE OF PROCESS FILED BY DEFENDANT     MAI, EVELYN     CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION ERRONEOUSLY SUED AS DEPARTMENT OF HUMAN SERVICES | |
| Nov-07-2007 | LAW AND MOTION 301, JUDGE BUSCH DISCLOSED THAT HIS WIFE, CATHARINE BARNES, IS A DEPUTY CITY ATTORNEY AND NOT INVOLVED IN THIS CASE. NO OBJECTIONS WERE MADE. SPECIALLY APPEARING DEFENDANT EVELYN MAI'S | |

**Superior Court of California, County of San Francisco**
## Case Information
### CGC-07-466857

JANET PICKENS-STANFORD VS. DEPARTMENT OF HUMAN SERVICES et al (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| | MOTION TO QUASH DEFECTIVE SERVICE OF PROCESS IS GRANTED. NO PROPER SERVICE. ORDER SIGNED IN OPEN COURT. JUDGE: PETER J. BUSCH, REPORTER: CAROL KAREN, CSR # 8189 | |
| Nov-02-2007 | POS ; NTC AND MOTION OF DEFT CITY (ERRONEOUSLY NAMED AS DEPT OF HUMAN SERVICES) TO SET ASIDE DEFAULT ; MEMO OF P AND A; DECLARATION ; REQUEST FOR JUDICIAL NTC FILED BY DEFENDANT | |
| |      DEPARTMENT OF HUMAN SERVICES | |
| |      MAI, EVELYN | |
| |      CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION ERRONEOUSLY SUED AS DEPARTMENT  OF HUMAN SERVICES | |
| Oct-23-2007 | NOTICE OF MOTIN AND MOTION OF DEFT CITY (ERRONEOUSLY NAMED AS "DEPARTMENT OF HUMAN SERVICE") TI SET ASIDE DEFAULT PURUSANT TO CCP 473(B) BASED ON ATTORNEY FAULT OR, IN THE ALTERNATIVE, BASED ON MISTAKE, INADVERTAENCE AND EXCUSABLE NEGLICT; DECLARATION;REQUEST FOR JUDICIAL NOTICE, PROOF OF SERVICE, POINTS AND AUTHORITIES FILED BY DEFENDANT | EXEMPT |
| |      CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION ERRONEOUSLY SUED AS DEPARTMENT  OF HUMAN SERVICES | |
| | HEARING SET FOR NOV-15-2007 AT 09:30 AM IN DEPT 301 | |
| Oct-17-2007 | OPPOSITION TO MOTIONS AND [PROPOSED] ORDER GRANTING MOTION OF SPECIALLY-APPEARING DEFT, EVELYN MAI, TO QUASH DEFECTIVE SERVICE OF PROCESS FILED BY PLAINTIFF | |
| |      PICKENS-STANFORD, JANET | |
| Oct-17-2007 | OPPOSITION OT MOTION OF "SPECIALLY APPEARING DEFT" AND OPPOS TO QUASH DEFECTIVE SERVICE OF PROCESS, ET AL FILED BY PLAINTIFF | |
| |      PICKENS-STANFORD, JANET | |
| Oct-15-2007 | ADDED TO CALENDAR FOR DEFAULT PROVE-UP. | |
| | HEARING SET FOR NOV-20-2007 AT 09:00 AM IN DEPT 218 | |
| Oct-12-2007 | NTC OF MTN AND MTN OF SEPCIALLY-APPEARING DF EVELYNE MAI TO QUASH DEFECTIVE SERVICE OF PROCESS, REQUEST FOR JUDICIAL NTC, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION FILED BY DEFENDANT | EXEMPT |
| |      MAI, EVELYN | |
| |      CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION ERRONEOUSLY SUED AS DEPARTMENT  OF HUMAN SERVICES | |
| | HEARING SET FOR NOV-07-2007 AT 09:30 AM IN DEPT 301 | |
| Oct-10-2007 | ANSWER TO COMPLAINT FILED BY DEFENDANT | EXEMPT |
| |      CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION ERRONEOUSLY SUED AS DEPARTMENT  OF HUMAN SERVICES | |
| Oct-09-2007 | REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED, DECLARATION OF NON-MILITARY STATUS AS TO DEFENDANT | |
| |      DEPARTMENT OF HUMAN SERVICES | |
| Oct-05-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF | |
| |      PICKENS-STANFORD, JANET | |
| | SERVED SEP-05-2007, PERSONAL SERVICE ON DEFENDANT | |
| |      MAI, EVELYN | |
| Oct-04-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX AS TO DEFENDANT | |
| |      DEPARTMENT OF HUMAN SERVICES | |

# Superior Court of California, County of San Francisco
# Case Information
## CGC-07-466857

JANET PICKENS-STANFORD VS. DEPARTMENT OF HUMAN SERVICES et al (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| | MAI, EVELYN | |
| Oct-04-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF | |
| |     PICKENS-STANFORD, JANET | |
| | SERVED SEP-05-2007, PERSONAL SERVICE ON DEFENDANT | |
| | DEPARTMENT OF HUMAN SERVICES | |
| Sep-05-2007 | SUMMONS ON COMPLAINT (PLAINTIFF REFUSES TO CLARIFY BOX 3A - FILED AT | |
| | PLTFF'S INSISTENCE), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF | |
| |     PICKENS-STANFORD, JANET | |
| | SERVED SEP-05-2007, PERSONAL SERVICE ON DEFENDANT | |
| | DEPARTMENT OF HUMAN SERVICES | |
| Sep-05-2007 | SUMMONS ON COMPLAINT (PLAINTIFF REFUSES TO CLARIFY BOX 3A - FILED AT | |
| | PLTFF'S INSISTENCE), PROOF OF SERVICE ONLY, FILED BY PLAINTIFF | |
| |     PICKENS-STANFORD, JANET | |
| | SERVED SEP-05-2007, PERSONAL SERVICE ON DEFENDANT | |
| |     MAI, EVELYN | |
| Sep-04-2007 | APPLICATION FOR WAIVER OF 985.(I) CRC COURT FEES AND COSTS | |
| | (CONFIDENTIAL) FILED BY PLAINTIFF | |
| |     PICKENS-STANFORD, JANET | |
| | ORDER GRANTING WAIVER OF  985.(I) CRC COURT FEES AND COSTS | |
| Sep-04-2007 | NOTICE TO PLAINTIFF | |
| Sep-04-2007 | DEFAMATION, COMPLAINT FILED BY PLAINTIFF | IFP |
| |     PICKENS-STANFORD, JANET | |
| | AS TO DEFENDANT | |
| |     DEPARTMENT OF HUMAN SERVICES | |
| |     MAI, EVELYN | |
| |     DOE 1 | |
| | SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED | |
| | CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEB-01-2008 | |
| | PROOF OF SERVICE DUE ON     NOV-05-2007 | |
| | CASE MANAGEMENT STATEMENT DUE ON     JAN-17-2008 | |

## Parties

PICKENS-STANFORD, JANET
    PLAINTIFF

        60 CASHMERE, #1A
        SAN FRACNISCO        CA  94124
        PHONE: (415)648-1579
           999999 - PRO PER
               SEP-04-2007 - COMPLAINT FILED BY PLAINTIFF
               SEP-04-2007 - APPLICATION FOR WAIVER OF FEES FILED BY PLAINTIFF
               SEP-05-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
               SEP-05-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
               OCT-04-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
               OCT-05-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
               OCT-17-2007 - OPPOSITION FILED BY PLAINTIFF
               OCT-17-2007 - OPPOSITION FILED BY PLAINTIFF
               NOV-09-2007 - GENERIC CIVIL FILING (NO FEE) FILED BY PLAINTIFF
               NOV-13-2007 - NOTICE AND ACKNOWLGMENT OF RECEIPT FILED BY PLAINTIFF

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-466857

JANET PICKENS-STANFORD VS. DEPARTMENT OF HUMAN SERVICES et al (Unlimited)

## Parties

```
        NOV-13-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
        NOV-16-2007 - GENERIC CIVIL FILING (NO FEE) FILED BY PLAINTIFF
            SEP-04-2007  W1207904F003           .00  IFP
================================================================================
DEPARTMENT OF HUMAN SERVICES
     DEFENDANT
          231700 - GSCHWIND, ANDREW MARTIN
              SEP-04-2007 - COMPLAINT FILED AGAINST DEFENDANT
              SEP-05-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
              OCT-04-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
              OCT-04-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
              OCT-09-2007 - REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED FILED AGAINST D
              NOV-02-2007 - GENERIC CIVIL FILING (NO FEE) FILED BY DEFENDANT
================================================================================
MAI, EVELYN
     DEFENDANT
          231700 - GSCHWIND, ANDREW MARTIN
              SEP-04-2007 - COMPLAINT FILED AGAINST DEFENDANT
              SEP-05-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
              OCT-04-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
              OCT-05-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
              OCT-12-2007 - MOTION (CIVIL GENERIC) FILED BY DEFENDANT
              NOV-02-2007 - GENERIC CIVIL FILING (NO FEE) FILED BY DEFENDANT
              NOV-07-2007 - NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED FILED BY DEFEN
              NOV-13-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
              DEC-03-2007 - MOTION (CIVIL GENERIC) FILED BY DEFENDANT
                OCT-12-2007  W1807A12F029           .00  EXEMPT
                DEC-03-2007  W1807C03M031           .00  EXEMPT
================================================================================
DOE 1
     DEFENDANT
              SEP-04-2007 - COMPLAINT FILED AGAINST DEFENDANT
================================================================================
CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION ERRONEOUSLY SUED AS DEPARTMENT OF
HUMAN SERVICES
     DEFENDANT
          231700 - GSCHWIND, ANDREW MARTIN
              OCT-10-2007 - ANSWER FILED BY DEFENDANT
              OCT-12-2007 - MOTION (CIVIL GENERIC) FILED BY DEFENDANT
              OCT-23-2007 - MOTION (CIVIL GENERIC) FILED BY DEFENDANT
              NOV-02-2007 - GENERIC CIVIL FILING (NO FEE) FILED BY DEFENDANT
              NOV-07-2007 - NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED FILED BY DEFEN
              NOV-15-2007 - NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED FILED BY DEFEN
              DEC-03-2007 - MOTION (CIVIL GENERIC) FILED BY DEFENDANT
                OCT-10-2007  W1407A10F013           .00  EXEMPT
                OCT-12-2007  W1807A12F029           .00  EXEMPT
                OCT-23-2007  W2007A23M012           .00  EXEMPT
                DEC-03-2007  W1807C03M031           .00  EXEMPT
```

# Superior Court of California, County of San Francisco
# Case Information
## CGC-07-466857

JANET PICKENS-STANFORD VS. DEPARTMENT OF HUMAN SERVICES et al (Unlimited)

## Attorneys

```
ANDREW MARTIN GSCHWIND
    OFFICE OF THE CITY ATTORNEY                    BAR NUMBER:  231700
    DEPUTY CITY ATTORNEY
    1390 MARKET STREET, 6TH FLOOR
    SAN FRANCISCO                 CA  94102
    PHONE:  (415) 554-3973
    FAX:    (415) 554-3837
        DEFENDANT:  DEPARTMENT OF HUMAN SERVICES
        DEFENDANT:  MAI, EVELYN
        DEFENDANT:  CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL
==============================================================================
JANET PICKENS-STANFORD                        IN PROPRIA PERSONA
    60 CASHMERE, #1A
    SAN FRACNISCO                 CA  94124
    PHONE:  (415) 648-1579    EXT 00000
        PRO PER PLAINTIFF
```

## Calendar

```
NOV-07-2007  9:30 AM  M - 301   PETER J. BUSCH           LAW AND MOTION
    TITLE: NTC OF MTN AND MTN OF SEPCIALLY-APPEARING DF EVELYNE MAI TO QUASH DEFECTIVE  (ADDED OCT-12-2007)
    OFF CALENDAR NOV-07-2007 Text Ruling
    TENTATIVE RULING: On calendar for  Wednesday, November 7,   2007.  Line 10.  DEFENDANT EVELYN MAI, C
    MINI-MINUTE: APPEARANCES- JANET PICKENS-STANFORD, TEL. NO. 648-1579, PLAINTIFF APPEARING IN PRO PER;  A
==============================================================================
NOV-15-2007  9:30 AM  M - 301   PETER J. BUSCH           LAW AND MOTION
    TITLE: NOTICE OF MOTIN AND MOTION OF DEFT CITY (ERRONEOUSLY NAMED AS "DEPARTMENT OF  (ADDED OCT-23-2007)
    OFF CALENDAR NOV-15-2007 Text Ruling
    TENTATIVE RULING: On calendar for  Thursday,   November 15,   2007.  Line 13.  DEFENDANT CITY AND COU
    MINI-MINUTE: APPEARANCES- ATTY. ANDREW M. GSCHWIND, DEPUTY CITY ATTORNEY, TEL. NO. 554-3973 APPEARING F
==============================================================================
NOV-20-2007  9:00 AM  M - 218   SUE M. KAPLAN            UNCONTESTED
    TITLE: DEFAULT PROVE-UP.                                      (ADDED OCT-15-2007)
    OFF CALENDAR NOV-20-2007 Off Calendar
    MINI-MINUTE: Commissioner Sue M. Kaplan, Clerk: Sajja Ravinantapricha & Carla Amador, CSR: Patricia Aba
==============================================================================
JAN-22-2008  9:30 AM  M - 301   PETER J. BUSCH           LAW AND MOTION
    TITLE: NTC OF MTN & MTN FOR TERMINATING CONTEMPT SSANCTION OR IN THE ALTERNATIVE TO  (ADDED DEC-03-2007)
==============================================================================
FEB-01-2008  9:00 AM  M - 212   ARLENE T. BORICK         CASE MANAGEMENT CONFERENCE
    TITLE: CASE MANAGEMENT CONFERENCE                             (ADDED SEP-04-2007)
==============================================================================
```

# EXHIBIT F

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Kaiser Foundation Hospitals, *and Diane Leung*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
· Janet Pickens

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, San Francisco, 400 McAllister Street, San Francisco, CA 94102 | **CASE NUMBER:**<br>*(Número del Caso):*<br>CGC-07-466506 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Janet Pickens, 60 Cashmere Street, #1A, San Francisco, CA 94124, 415-648-1579

DATE: **AUG 23 2007**                     Clerk, by _____, Deputy
*(Fecha)*        Jordon Park L       *(Secretario)*                Deborah Steppe        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* Kaiser Foundation Hospitals, et al

under: ☑ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
        ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
        ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
        ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc | www.USCourtForms.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

JANET PICKENS
60 CASHMERE STREET, #1A
SAN FRANICSO, CA 94124
TELEPHONE NO.: 415-648-1579        FAX NO.:

ATTORNEY FOR (Name):

**F I L E D**
San Francisco County Superior Court

AUG 2 3 2007

GORDON PARK-LI, Clerk
BY _Deborah Steppe_
DEBORAH STEPPE, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

CASE NAME:
PICKENS V. KAISER FOUNDATION HOSPITALS, ET AL

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER |
|---|---|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **CGC-07-466506** |
| | | | | JUDGE |
| | | | | DEPT |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[✓] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive

4. Number of causes of action (specify): 1

5. This case [ ] is [✓] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 8/23/07

_Janet Pickens_
(TYPE OR PRINT NAME)

▶ _Janet Pickens_
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
American LegalNet, Inc.

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

CIVIL CASE COVER SHEET

PLD-C-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*

Janet Pickens
60 Cashmere Street, #1A
San Francisco, CA 94124
TELEPHONE NO: 415-648-1579    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO**
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE:  San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: Janet Pickens

DEFENDANT: Kaiser Foundation Hospitals, *and Diane Leung*

☑ DOES 1 TO  1

**FILED**
FOR COURT USE ONLY
San Francisco County Superior Court

AUG 2 3 2007

GORDON PARK-LI, Clerk
BY: *Deborah Steppe*
DEBORAH STEPPE, Deputy Clerk

**CASE MANAGEMENT CONFERENCE SET**

JAN 2 5 2008  -9:00 AM

**DEPARTMENT 212**

**SUMMONS ISSUED**

**CONTRACT**
☑ COMPLAINT        ☐ AMENDED COMPLAINT *(Number):*
☐ CROSS-COMPLAINT  ☐ AMENDED CROSS-COMPLAINT *(Number):*

**Jurisdiction** *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
                   ☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE  (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

CASE NUMBER:

CGC-07-466506

1. Plaintiff *(name or names):*
   Janet Pickens
   alleges causes of action against defendant* *(name or names):*
   Kaiser Foundation Hospitals and Ms. Diane Leung
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      ☐ except plaintiff *(name):*
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity *(describe):*
        (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):*
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      ☑ except defendant *(name):* Kaiser Foundation Ho    ☐ except defendant *(name):*
        (1) ☐ a business organization, form unknown    (1) ☐ a business organization, form unknown
        (2) ☑ a corporation                            (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe):*   (3) ☐ an unincorporated entity *(describe):*
        (4) ☐ a public entity *(describe):*            (4) ☐ a public entity *(describe):*
        (5) ☐ other *(specify):*                       (5) ☐ other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Page 1 of 2

Code of Civil Procedure, § 425.12

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-C-001

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| | | |

4.    *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [✓] Doe defendants *(specify Doe numbers):* 1 _____ were the agents or employees of the named
          defendants and acted within the scope of that agency or employment.
      (2) [ ] Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
          plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [✓] Plaintiff is required to comply with a claims statute, and
   a. [✓] has complied with applicable claims statutes, *or*
   b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to    [ ] Civil Code section 1812.10    [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [ ] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [✓] other *(specify):*
       The Plaintiff resides in San Francisco County
8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or
   more causes of action attached):*

   [ ] Breach of Contract

   [ ] Common Counts

   [✓] Other *(specify):*
       Refusal to re-process and distribute a stale dated check made payable to the Plaintiff

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [✓] damages of: $ 400,000.00
    b. [ ] interest on the damages
       (1) [ ] according to proof
       (2) [ ] at the rate of *(specify):*          percent per year from *(date):*
    c. [ ] attorney's fees
       (1) [ ] of: $
       (2) [ ] according to proof.
    d. [ ] other *(specify):*

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: August 23, 2007

_____
Janet Pickens
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| | PLD-PI-001(2) |
|---|---|
| SHORT TITLE: | CASE NUMBER: |

_____  **CAUSE OF ACTION—General Negligence**    Page _____
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Janet Pickens

alleges that defendant *(name):*  Kaiser Foundation Hospitals and Ms. Diane Leung

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  August 1, 2007
at *(place):*  Kaiser Foundation Hospitals, Oakland, Californiaa

*(description of reasons for liability):*

Refusal to process and/or distribute a stale dated check made payable to the Plaintiff

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-C-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

_____ **CAUSE OF ACTION—Common Counts**
(number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):*  Janet Pickens

alleges that defendant *(name):*  Kaiser Foundation Hospitals and Ms. Diane Leung
became indebted to   ☑ plaintiff   ☐ other *(name):*

a.  ☑  within the last four years
    (1) ☑  on an open book account for money due.
    (2) ☐  because an account was stated in writing by and between plaintiff and defendant in which it
           was agreed that defendant was indebted to plaintiff.

b.  ☑  within the last  ☐ two years  ☑ four years
    (1) ☑  for money had and received by defendant for the use and benefit of plaintiff. for work, labor,
    (2) ☐  services and materials rendered at the special instance and request of defendant and for which
           defendant promised to pay plaintiff
               ☐ the sum of $
               ☐ the reasonable value.
    (3) ☐  for goods, wares, and merchandise sold and delivered to defendant and for which defendant
           promised to pay plaintiff
               ☐ the sum of $
               ☐ the reasonable value.
    (4) ☐  for money lent by plaintiff to defendant at defendant's request.
    (5) ☐  for money paid, laid out, and expended to or for defendant at defendant's special instance and
           request.
    (6) ☐  other *(specify):*

CC-2. $ _____ , which is the reasonable value, is due and unpaid despite plaintiff's demand.
      plus prejudgment interest   ☐ according to proof   ☐ at the rate of _____ percent per year
      from *(date):*

CC-3. ☐  Plaintiff is entitled to attorney fees by an agreement or a statute
         ☐ of $
         ☐ according to proof.

CC-4 ☐  Other:

Page _____

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—Common Counts**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-466506

JANET PICKENS VS. KAISER FOUNDATION HOSPITALS et al (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|---|---|---|
| Dec-17-2007 | OBJECITON TO MOTION TO SET ASIDE DEFAULTED JUDGMENT FILED BY PLAINTIFF<br>    PICKENS, JANET | |
| Dec-14-2007 | NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT,<br>PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION FILED BY<br>DEFENDANT<br>    KAISER FOUNDATION HOSPITALS<br>    LEUNG, DIANE<br>HEARING SET FOR JAN-15-2008 AT 09:30 AM IN DEPT 302 | 710.00 |
| Dec-07-2007 | MOTION TO FILE "AMENDED JUDGMENT", PROOF OF SERVICE FILED BY PLAINTIFF<br>    PICKENS, JANET<br>HEARING SET FOR JAN-24-2008 AT 10:00 AM IN DEPT 218 | IFP |
| Nov-21-2007 | THE COURT ORDERED THE FOLLOWING JUDGMENT ENTERED: IT IS ADJUDGED THAT<br>PLAINTIFF<br>    PICKENS, JANET<br>RECOVER FROM DEFENDANT<br>    KAISER FOUNDATION HOSPITALS<br>    LEUNG, DIANE<br>SEE SCANNED DOCUMENT | |
| Nov-21-2007 | UNCONTESTED DEFAULT PROVE-UP HEARING HELD ON NOV-20-2007 IN DEPARTMENT<br>218 - THE COURT GRANTS A DEFAULT JUDGMENT. COMMISSINOER SUE KAPLAN;<br>CLERK SAJJA RAVINANTAPRICHA & CARLA AMADOR; PATRICIA ABALOS CSR<br>#13128. (DEPARTMENT 218) | |
| Nov-20-2007 | MINI-MINUTES FOR NOV-20-2007 9:00 AM | |
| Nov-20-2007 | UNCONTESTED DEFAULT PROVE-UP HEARING HEARD ON NOV-20-2007 IN<br>DEPARTMENT 218 AND IS TAKEN UNDER SUBMISSION AS OF NOV-20-2007 BY SUE<br>M. KAPLAN. COMMISSIONER SUE M. KAPLAN, CLERK: SAJJA RAVINANTAPRICHA &<br>CARLA AMADOR, CSR: PATRICIA ABALOS #13128 (DEPARTMENT 218) | |
| Nov-13-2007 | ADDED TO CALENDAR FOR DEFAULT PROVE-UP.<br>HEARING SET FOR NOV-20-2007 AT 09:00 AM IN DEPT 218 | |
| Nov-09-2007 | AMENDED REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED, DECLARATION OF<br>NON-MILITARY STATUS<br>AS TO DEFENDANT<br>    KAISER FOUNDATION HOSPITALS<br>    LEUNG, DIANE | |
| Nov-06-2007 | UNCONTESTED CALENDAR OF NOV-06-2007 DEFAULT PROVE-UP. OFF CALENDAR<br>(CO-DEFENDANT DIANE LEUNG NOT IN DEFAULT). | |
| Nov-06-2007 | MINI-MINUTES FOR NOV-06-2007 9:00 AM | |
| Oct-04-2007 | ADDED TO CALENDAR FOR DEFAULT PROVE-UP.<br>HEARING SET FOR NOV-06-2007 AT 09:00 AM IN DEPT 218 | |
| Oct-03-2007 | REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED, DECLARATION OF<br>NON-MILITARY STATUS<br>AS TO DEFENDANT<br>    KAISER FOUNDATION HOSPITALS | |
| Oct-03-2007 | AMENDED SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY<br>PLAINTIFF<br>    PICKENS, JANET<br>SERVED AUG-24-2007, MAIL AND ACKNOWLEDGEMENT, ACKNOWLEDGMENT DATE<br>AUG-27-2007 ON DEFENDANT<br>    KAISER FOUNDATION HOSPITALS | |

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-466506

JANET PICKENS VS. KAISER FOUNDATION HOSPITALS et al (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| Oct-01-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX AS TO DEFENDANT KAISER FOUNDATION HOSPITALS | |
| Sep-27-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX AS TO DEFENDANT KAISER FOUNDATION HOSPITALS | |
| Aug-29-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF PICKENS, JANET SERVED AUG-24-2007, MAIL ON DEFENDANT KAISER FOUNDATION HOSPITALS | |
| Aug-29-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF PICKENS, JANET SERVED AUG-24-2007, MAIL ON DEFENDANT LEUNG, DIANE | |
| Aug-23-2007 | APPLICATION FOR WAIVER OF 985.(I) CRC COURT FEES AND COSTS (CONFIDENTIAL) FILED BY PLAINTIFF PICKENS, JANET | |
| Aug-23-2007 | ORDER GRANTING WAIVER OF 985.(I) CRC COURT FEES AND COSTS NOTICE TO PLAINTIFF | |
| Aug-23-2007 | COMMON COUNTS/OPEN BOOK ACCOUNT/COLLECTIONS, COMPLAINT FILED BY PLAINTIFF PICKENS, JANET AS TO DEFENDANT KAISER FOUNDATION HOSPITALS LEUNG, DIANE SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR JAN-25-2008 PROOF OF SERVICE DUE ON OCT-22-2007 CASE MANAGEMENT STATEMENT DUE ON JAN-10-2008 | IFP |

## Parties

```
PICKENS, JANET
      PLAINTIFF
           60 CASHMERE STREET #1A
           SAN FRANCISCO      CA  94124
           PHONE: (415) 648-1579
              999999 - PRO PER
                 AUG-23-2007 - COMPLAINT FILED BY PLAINTIFF
                 AUG-23-2007 - APPLICATION FOR WAIVER OF FEES FILED BY PLAINTIFF
                 AUG-29-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
                 AUG-29-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
                 OCT-03-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
                 NOV-21-2007 - DEFAULT COURT JUDGMENT - GENERAL FILED BY PLAINTIFF
                 DEC-07-2007 - MOTION (CIVIL GENERIC) FILED BY PLAINTIFF
                 DEC-17-2007 - GENERIC CIVIL FILING (NO FEE) FILED BY PLAINTIFF
                    AUG-23-2007  W1007823F007        .00  IFP
                    DEC-07-2007  W2207C07M009        .00  IFP
```

==============================================================================

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-466506

JANET PICKENS VS. KAISER FOUNDATION HOSPITALS et al (Unlimited)

## Parties

KAISER FOUNDATION HOSPITALS
    DEFENDANT
        167509 - CURLIANO, JASON J
           AUG-23-2007 - COMPLAINT FILED AGAINST DEFENDANT
           AUG-29-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
           SEP-27-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
           OCT-01-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
           OCT-03-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
           OCT-03-2007 - REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED FILED AGAINST D
           NOV-09-2007 - REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED FILED AGAINST D
           NOV-21-2007 - DEFAULT COURT JUDGMENT - GENERAL FILED AGAINST DEFENDANT
           DEC-14-2007 - MOTION (CIVIL GENERIC) FILED BY DEFENDANT
                  DEC-14-2007  W2007C14F006      710.00   CHECK

====================================================================================

LEUNG, DIANE
    DEFENDANT
        167509 - CURLIANO, JASON J
           AUG-23-2007 - COMPLAINT FILED AGAINST DEFENDANT
           AUG-29-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
           NOV-09-2007 - REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED FILED AGAINST D
           NOV-21-2007 - DEFAULT COURT JUDGMENT - GENERAL FILED AGAINST DEFENDANT
           DEC-14-2007 - MOTION (CIVIL GENERIC) FILED BY DEFENDANT
                  DEC-14-2007  W2007C14F006      710.00   CHECK

## Attorneys

JASON J CURLIANO                             BAR NUMBER: 167509
    BUTY & CURLIANO LLP
    555 CITY CENTER
    555-12TH STREET, STE. 1280
    OAKLAND                   CA  94607
    PHONE: (510)267-3000
    FAX:   (510)267-0117
        DEFENDANT: KAISER FOUNDATION HOSPITALS
        DEFENDANT: LEUNG, DIANE

====================================================================================

JANET PICKENS                               IN PROPRIA PERSONA
    60 CASHMERE STREET #1A
    SAN FRANCISCO          CA  94124
    PHONE: (415)648-1579    EXT 00000
        PRO PER PLAINTIFF

## Calendar

NOV-06-2007  9:00 AM  M - 218    SUE M. KAPLAN           UNCONTESTED
    TITLE: DEFAULT PROVE-UP.
                                    (ADDED OCT-04-2007)
    OFF CALENDAR NOV-06-2007 Off Calendar
    MINI-MINUTE: This cause came on regularly as scheduled for Default Prove-Up Hearing this day.  Dept. 21

====================================================================================

NOV-20-2007  9:00 AM  M - 218    SUE M. KAPLAN           UNCONTESTED

---

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-466506

JANET PICKENS VS. KAISER FOUNDATION HOSPITALS et al (Unlimited)

## Calendar

TITLE: DEFAULT PROVE-UP.                                                    (ADDED NOV-13-2007)
OFF CALENDAR NOV-21-2007 Granted Per Written Order
MINI-MINUTE: Commissioner Sue M. Kaplan, Clerk: Sajja Ravinantapricha & Carla Amador, CSR: Patricia Aba
========================================================================================================
JAN-15-2008  9:30 AM  M - 302   PATRICK J. MAHONEY        LAW AND MOTION
   TITLE: NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT    (ADDED DEC-14-2007)
========================================================================================================
JAN-24-2008 10:00 AM  M - 218   WILLIAM R. GARGANO        TRIAL DEPT. MOTION
   TITLE: MOTION TO FILE "AMENDED JUDGMENT"                                        (ADDED DEC-07-2007)
========================================================================================================
JAN-25-2008  9:00 AM  M - 212   ARLENE T. BORICK          CASE MANAGEMENT CONFERENCE
   TITLE: CASE MANAGEMENT CONFERENCE                                               (ADDED AUG-23-2007)
========================================================================================================

# EXHIBIT G

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Brenda Hutchinson, John Stewart Company

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Janet Pickens

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.    A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.   There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.   If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Francisco, 400 McAllister Street, San Francisco, CA 94124

CASE NUMBER:
*(Número del Caso):* **CGC 07-459 87**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Janet Pickens, 60 Cashmere Street, #1A, San Francisco, CA 94124, 415-648-1579.

| DATE: JAN 2 4 2007 | Gordon Park-Li | Clerk, by Deborah Steppe | , Deputy |
| --- | --- | --- | --- |
| *(Fecha)* | | *(Secretario)* | *(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.   www.USCourtForms.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, bar number, and address): | FOR COURT USE ONLY |
|---|---|

Janet Pickens
60 Cashmere St. #1A, San Francisco, CA 94124

TELEPHONE NO.: 415-648-1579    FAX NO.:

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: SUPERIOR COURT
MAILING ADDRESS: 400 MCALLISTER STREET RM 103
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

**FILED**
San Francisco County Superior Court

JAN 2 4 2007

GORDON PARK-LI, Clerk
BY: _Deborah Stepp_
DEBORAH STEPP, Deputy Clerk

CASE NAME: Pickens vs. Brenda Hutchinson, John Stewart Co.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 1811) | CGC-07-459 87... |
| | | | JUDGE: |
| | | | DEPT: |

Items 1–5 below must be completed (see instructions on page 2).

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☑ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800–1812)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☑ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision
3. Type of remedies sought (check all that apply): a. ☐ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☐ punitive
4. Number of causes of action (specify): 1
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 1/24/07

Janet Pickens
(TYPE OR PRINT NAME)

▶ Janet Pickens
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2006]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 201.8, 1800–1812;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Janet Pickens
60 Cashmere Street, #1A
San Francisco, CA 94124

TELEPHONE NO: 415-648-1579        FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco

STREET ADDRESS:  400 McAllister Street

MAILING ADDRESS:

CITY AND ZIP CODE:  San Francisco, CA 94102

BRANCH NAME:

PLAINTIFF:  Janet Pickens

DEFENDANT:  Brenda Hutchinson, John Stewart Company

☐ DOES 1 TO _____

**FILED**
San Francisco County Superior Court

JAN 2 4 2007

GORDON PARK-LI, Clerk

BY: *Deborah Steppe*
DEBORAH STEPPE, Deputy Clerk

**CASE MANAGEMENT CONFERENCE SET**

JUN 2 9 2007  - 9:00 AM

DEPARTMENT 212

SUMMONS ISSUED

**CONTRACT**

| | |
|---|---|
| ☑ COMPLAINT | ☐ AMENDED COMPLAINT *(Number):* |
| ☐ CROSS-COMPLAINT | ☐ AMENDED CROSS-COMPLAINT *(Number):* |

**Jurisdiction** *(check all that apply):*
☑ ~~ACTION IS A LIMITED CIVIL CASE~~
  Amount demanded  ☐ does not exceed $10,000
            ☑ ~~exceeds $10,000 but does not exceed $25,000~~
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:

**CGC-07-459 87**

---

1. **Plaintiff** *(name or names):*
   Janet Pickens

   alleges causes of action against **defendant** *(name or names):*
   Brenda Hutchinson, John Stewart Company

2. This pleading, including attachments and exhibits, consists of the following number of pages:  1

3. a. Each plaintiff named above is a competent adult
   ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ other *(specify):*

   b. ☐ Plaintiff *(name):*
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☐ has complied with all licensing requirements as a licensed *(specify):*
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   ☐ **except defendant** *(name):*              ☐ **except defendant** *(name):*
      (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                  (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*          (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*              (5) ☐ other *(specify):*

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.    Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4.  *(Continued)*
    b. The true names of defendants sued as Does are unknown to plaintiff.
       (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
           defendants and acted within the scope of that agency or employment.
       (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
           plaintiff.
    c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
    d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☑ Plaintiff is required to comply with a claims statute, **and**
    a. ☑ has complied with applicable claims statutes, *or*
    b. ☐ is excused from complying because *(specify):*

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.
7. This court is the proper court because
    a. ☑ a defendant entered into the contract here.
    b. ☑ a defendant lived here when the contract was entered into.
    c. ☑ a defendant lives here now.
    d. ☑ the contract was to be performed here.
    e. ☑ a defendant is a corporation or unincorporated association and its principal place of business is here.
    f. ☐ real property that is the subject of this action is located here.
    g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

    ☐ Breach of Contract

    ☐ Common Counts

    ☐ Other *(specify):*

9. ☑ Other allegations:
    Refusing to respond to work orders in a timely manner, and refusing to transfer plaintiff to a smaller
    unit due to decrease in family size. *Entering Ms. Pickens apartment without permission.*
10. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☑ damages of: ~~$300,000.00~~ *$200,000.00*
    b. ☐ interest on the damages
       (1) ☐ according to proof
       (2) ☐ at the rate of *(specify):* _____ percent per year from *(date):*
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☐ other *(specify):*

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 01/25/07

Janet Pickens
_____
(TYPE OR PRINT NAME)

▶ *Janet Pickens*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|

_____  **CAUSE OF ACTION—General Negligence**    Page ___1___
        (number)

ATTACHMENT TO  [ ✓ ] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Janet Pickens

     alleges that defendant *(name):*  Brenda Hutchinson, John Stewart Company

     [ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 01/23/2007
at *(place):* 1301 Hudson Ave., San Francisco, CA 94124

*(description of reasons for liability):*
Plaintiff, Janet Pickens, had requested for the 3rd time, a work order, to put a base-tape around the kitchen floor, and to replace the blinds in her apartment.

It has been almost one year since the Plaintiff placed a work order, with no response from the management.  There has been a gritty substance that comes up from the kitchen floor and has caused the Plaintiff's child rases on her hands, feet, and legs.  Not only that, but the Plaintiff has also requested to be transferred from a 3-bedroom apt to a 2-bedroom apt.   As of today, there are at least 3 2-bedroom apartments available that the Plaintiff has seen, due to the fact that the apartments are in the same complex that the Plaintiff lives in.

The apartment is causing health problems for the Plaintiff and her family and had requested to be transferred to one of the 2-bedroom apartments that is currently available as of today 1/24/07.

The Plaintiff also has some sort of acne/skin irritation she is suffering from, due to the fact that the management is refusing to respond to the work orders  regarding finishing the kitchen floor that is documented on the management's computer in the rental office.

The maintenance staff enters the Plaintiff's apartment without permission on several occasions.

The maintenance staff also ate food from the Plaintiff's apartment without permission, and they have also urinated on the carpet. There is NO permission to enter Mrs. Pickens apartment

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]    **CAUSE OF ACTION—General Negligence**    Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

# Superior Court of California, County of San Francisco

## Case Information

### CGC-07-459874

JANET PICKENS VS. BRENDA HUTCHINSON et al (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| Jan-02-2008 | (AMENDED) RESPONSE TO OSC FILED BY PLAINTIFF PICKENS, JANET | |
| Dec-28-2007 | RESPONSE TO ORDER TO SHOW CAUSE FILED BY PLAINTIFF PICKENS, JANET | |
| Dec-24-2007 | ORDER TO SHOW CAUSE SET FOR JAN-07-2008 CONTINUED TO FEB-19-2008 AT 1:30 PM IN DEPT. 212 FOR FAILURE TO OBTAIN AN ANSWER(S) FROM, OR ENTER DEFAULT(S) AGAINST, DEFENDANT(S). JAN-07-2008 ORDER TO SHOW CAUSE IS OFF CALENDAR. NOTICE SENT BY COURT. | |
| Nov-14-2007 | RESPONSE TO ORDER TO ORDER TO SHOW CAUSE FILED BY PLAINTIFF PICKENS, JANET | |
| Nov-14-2007 | PROOF OF SERVICE OF RESPONSE TO THE ORDER TO SHOW CAUSE, FROM DEPT. 212 FILED BY PLAINTIFF PICKENS, JANET | |
| Nov-06-2007 | UNCONTESTED CALENDAR OF NOV-06-2007 DEFAULT PROVE-UP. OFF CALENDAR. | |
| Nov-06-2007 | MINI-MINUTES FOR NOV-06-2007 9:00 AM | |
| Nov-01-2007 | NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED TO SET ASIDE DEFAULTS ENTERED AGAINST DEFT'S AND TO QUASH SERVICE OF SUMMONS AGAINST DEFT'S FILED BY DEFENDANT THE JOHN STEWART COMPANY HUTCHERSON, BRENDA | |
| Oct-31-2007 | ORDER TO SHOW CAUSE SET FOR NOV-13-2007 CONTINUED TO JAN-07-2008 AT 1:30 PM IN DEPT. 212 FOR FAILURE TO OBTAIN AN ANSWER(S) FROM, OR ENTER DEFAULT(S) AGAINST, DEFENDANT(S). NOV-13-2007 ORDER TO SHOW CAUSE IS OFF CALENDAR. NOTICE SENT BY COURT. | |
| Oct-31-2007 | OPPOSITION TO ORDER GRANTING MTN TO SET ASIDE DEFAULT FILED BY PLAINTIFF PICKENS, JANET | |
| Oct-31-2007 | ORDER TO SET ASIDE DEFAULT/JUDGMENT/LEAVE TO DEFEND AND TO QUASH SERVICE OF SUMMONS AGAINST THESE DEFENDANTS DEFAULT OF OCT-03-2007 SET ASIDE | |
| Oct-31-2007 | MINI-MINUTES FOR OCT-31-2007 9:30 AM | |
| Oct-31-2007 | LAW AND MOTION 302, DEFENDANTS BRENDA HUTCHERSON AND JOHN STEWART COMPANY'S MOTION TO SET ASIDE DEFAULT AND QUASH SERVICE OF SUMMONS. THE COURT ADOPTED ITS TENTATIVE RULING - GRANTED. RELIEF IS MANDATORY UNDER CCP SECTION 473 BASED ON THE AFFIDAVIT OF DEFENDANT'S COUNSEL. IT ALSO APPEARS THAT SERVICE WAS IMPROPER. ORDER SIGNED IN OPEN COURT. JUDGE: PATRICK J. MAHONEY, REPORTER: MARIA TORREANO, CSR #8600 | |
| Oct-12-2007 | OPPOSITION TO THE MTN TO SET ASIDE DEFALULT AND QUASH SERVICE OF SUMMONS FILED BY PLAINTIFF PICKENS, JANET | |
| Oct-10-2007 | NTC AND MOTION TO SET ASIDE DEFAULT AND QUASH SERVICE OF SUMMONS, PROOF OF SERVICE, POINTS AND AUTHORITIES, DECLARATION FILED BY DEFENDANT THE JOHN STEWART COMPANY HUTCHERSON, BRENDA | 710.00 |
| Oct-04-2007 | HEARING SET FOR OCT-31-2007 AT 09:30 AM IN DEPT 302 ADDED TO CALENDAR FOR DEFAULT PROVE-UP. HEARING SET FOR NOV-06-2007 AT 09:00 AM IN DEPT 218 | |
| Oct-03-2007 | DEFAULT JUDGMENT REJECTED, PLACED IN PICKUP BOX | |

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-459874

JANET PICKENS VS. BRENDA HUTCHINSON et al (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| | AS TO DEFENDANT | |
| |     HUTCHINSON, BRENDA | |
| |     THE JOHN STEWART COMPANY | |
| Oct-03-2007 | REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED, DECLARATION OF NON-MILITARY STATUS | |
| | AS TO DEFENDANT | |
| |     HUTCHINSON, BRENDA | |
| |     THE JOHN STEWART COMPANY | |
| Oct-01-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX | |
| | AS TO DEFENDANT | |
| |     HUTCHINSON, BRENDA | |
| |     THE JOHN STEWART COMPANY | |
| Sep-28-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX | |
| | AS TO DEFENDANT | |
| |     HUTCHINSON, BRENDA | |
| |     THE JOHN STEWART COMPANY | |
| Sep-19-2007 | ORDER TO SHOW CAUSE SET FOR OCT-01-2007 CONTINUED TO NOV-13-2007 AT 1:30 PM IN DEPT. 212 FOR FAILURE TO OBTAIN AN ANSWER(S) FROM, OR ENTER DEFAULT(S) AGAINST, DEFENDANT(S). OCT-01-2007 ORDER TO SHOW CAUSE IS OFF CALENDAR. NOTICE SENT BY COURT. | |
| Aug-27-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX | |
| | AS TO DEFENDANT | |
| |     HUTCHINSON, BRENDA | |
| |     THE JOHN STEWART COMPANY | |
| Aug-27-2007 | NOTICE AND ACKNOWLEDGMENT OF RECEIPT FILED BY PLAINTIFF | |
| |     PICKENS, JANET | |
| Aug-27-2007 | COPYING FEES FILED BY PLAINTIFF | 2.00 |
| |     PICKENS, JANET | |
| Aug-27-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF | |
| |     PICKENS, JANET | |
| | SERVED AUG-24-2007, PERSONAL SERVICE ON DEFENDANT | |
| |     HUTCHINSON, BRENDA | |
| Aug-27-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF | |
| |     PICKENS, JANET | |
| | SERVED AUG-24-2007, PERSONAL SERVICE ON DEFENDANT | |
| |     THE JOHN STEWART COMPANY | |
| Aug-24-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX | |
| | AS TO DEFENDANT | |
| |     HUTCHINSON, BRENDA | |
| |     THE JOHN STEWART COMPANY | |
| Aug-23-2007 | RESPONSE TO ORDER TO SHOW CAUSE FILED BY PLAINTIFF | |
| |     PICKENS, JANET | |
| Aug-09-2007 | PROOF OF SERVICE OF ORDER TO SHOW CAUSE FILED BY PLAINTIFF | |
| |     PICKENS, JANET | |
| | SERVED AUG-09-2007, PERSONAL SERVICE ON DEFENDANT | |
| |     THE JOHN STEWART COMPANY | |
| Aug-09-2007 | PROOF OF SERVICE OF ORDER TO SHOW CAUSE FILED BY PLAINTIFF | |
| |     PICKENS, JANET | |
| | SERVED AUG-09-2007, PERSONAL SERVICE ON DEFENDANT | |

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-459874

JANET PICKENS VS. BRENDA HUTCHINSON et al (Unlimited)

## Register of Actions

| Date | Proceedings | Fee |
|------|-------------|-----|
| | HUTCHINSON, BRENDA | |
| Aug-06-2007 | ORDER TO SHOW CAUSE SET FOR OCT-01-2007 IN DEPARTMENT 212 AT 1:30 PM FOR FAILURE TO OBTAIN AN ANSWER(S) FROM, OR ENTER DEFAULT(S) AGAINST, DEFENDANT(S). THE AUG-17-2007 CASE MANAGEMENT CONFERENCE IS OFF CALENDAR. NOTICE SENT BY COURT. | |
| Jul-31-2007 | CASE MANAGEMENT STATEMENT FILED BY PLAINTIFF | |
| | PICKENS, JANET | |
| Jun-27-2007 | ORDER SETTING CASE MANAGEMENT CONFERENCE SENT BY COURT | |
| Jun-27-2007 | ADDED TO CALENDAR FOR CASE MANAGEMENT CONFERENCE | |
| | HEARING SET FOR AUG-17-2007 AT 09:00 AM IN DEPT 212 | |
| Jun-20-2007 | CASE MANAGEMENT CONFERENCE OF JUN-29-2007 IS OFF CALENDAR, DISMISSAL FILED. NOTICE SENT BY COURT. | |
| Jun-11-2007 | CASE MANAGEMENT STATEMENT FILED BY PLAINTIFF | |
| | PICKENS, JANET | |
| May-02-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX | |
| | AS TO DEFENDANT | |
| | HUTCHINSON, BRENDA | |
| | THE JOHN STEWART COMPANY | |
| Apr-27-2007 | NOTICE AND ACKNOWLEDGMENT OF RECEIPT FILED BY PLAINTIFF | |
| | PICKENS, JANET | |
| Apr-23-2007 | REQUEST FOR DEFAULT REJECTED, PLACED IN PICKUP BOX ( NO SASE) | |
| | AS TO DEFENDANT | |
| | HUTCHINSON, BRENDA | |
| | THE JOHN STEWART COMPANY | |
| Mar-08-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF | |
| | PICKENS, JANET | |
| | SERVED MAR-05-2007, MAIL AND ACKNOWLEDGEMENT, ACKNOWLEDGMENT DATE MAR-05-2007 ON DEFENDANT | |
| | THE JOHN STEWART COMPANY | |
| Jan-24-2007 | APPLICATION FOR WAIVER OF 985.(I) CRC COURT FEES AND COSTS (CONFIDENTIAL) FILED BY PLAINTIFF | |
| | PICKENS, JANET | |
| | ORDER GRANTING WAIVER OF 985.(I) CRC COURT FEES AND COSTS | |
| Jan-24-2007 | NOTICE TO PLAINTIFF | |
| Jan-24-2007 | PERSONAL INJURY/PROPERTY DAMAGE - NON-VEHICLE RELATED, COMPLAINT FILED BY PLAINTIFF | IFP |
| | PICKENS, JANET | |
| | AS TO DEFENDANT | |
| | HUTCHINSON, BRENDA | |
| | THE JOHN STEWART COMPANY | |
| | SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED | |
| | CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUN-29-2007 | |
| | PROOF OF SERVICE DUE ON    MAR-26-2007 | |
| | CASE MANAGEMENT STATEMENT DUE ON    JUN-14-2007 | |

## Parties

PICKENS, JANET
    PLAINTIFF

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-459874

JANET PICKENS VS. BRENDA HUTCHINSON et al (Unlimited)

## Parties

```
60 CASHMERE STREET #1A
SAN FRANCISCO      CA  94124
PHONE: (415) 648-1579
     999999 - PRO PER
          JAN-24-2007 - COMPLAINT FILED BY PLAINTIFF
          JAN-24-2007 - APPLICATION FOR WAIVER OF FEES FILED BY PLAINTIFF
          MAR-08-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
          APR-27-2007 - NOTICE AND ACKNOWLEDGMENT OF RECEIPT FILED BY PLAINTIFF
          JUN-11-2007 - CASE MANAGEMENT STATEMENT FILED BY PLAINTIFF
          JUL-31-2007 - CASE MANAGEMENT STATEMENT FILED BY PLAINTIFF
          AUG-09-2007 - PROOF OF SERVICE OF (GENERIC) FILED BY PLAINTIFF
          AUG-09-2007 - PROOF OF SERVICE OF (GENERIC) FILED BY PLAINTIFF
          AUG-23-2007 - RESPONSE TO ORDER TO SHOW CAUSE FILED BY PLAINTIFF
          AUG-27-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
          AUG-27-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED BY PLAINTIFF
          AUG-27-2007 - COPYING FEES FILED BY PLAINTIFF
          AUG-27-2007 - NOTICE AND ACKNOWLEDGMENT OF RECEIPT FILED BY PLAINTIFF
          OCT-12-2007 - OPPOSITION FILED BY PLAINTIFF
          OCT-31-2007 - OPPOSITION FILED BY PLAINTIFF
          NOV-14-2007 - GENERIC CIVIL FILING (NO FEE) FILED BY PLAINTIFF
          NOV-14-2007 - RESPONSE FILED BY PLAINTIFF
          DEC-28-2007 - RESPONSE TO ORDER TO SHOW CAUSE FILED BY PLAINTIFF
          JAN-02-2008 - GENERIC CIVIL FILING (NO FEE) FILED BY PLAINTIFF
               JAN-24-2007  W1007124F018        .00  IFP
               AUG-27-2007  W1407827F001       2.00  CASH
==================================================================================
HUTCHINSON, BRENDA
     DEFENDANT
          JAN-24-2007 - COMPLAINT FILED AGAINST DEFENDANT
          APR-23-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
          MAY-02-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
          AUG-09-2007 - PROOF OF SERVICE OF (GENERIC) FILED AGAINST DEFENDANT
          AUG-24-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
          AUG-27-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
          AUG-27-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
          SEP-28-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
          OCT-01-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
          OCT-03-2007 - REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED FILED AGAINST D
          OCT-03-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
==================================================================================
THE JOHN STEWART COMPANY
     DEFENDANT
          114622 - ARSHAWSKY PAUL
          JAN-24-2007 - COMPLAINT FILED AGAINST DEFENDANT
          MAR-08-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
          APR-23-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
          MAY-02-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
          AUG-09-2007 - PROOF OF SERVICE OF (GENERIC) FILED AGAINST DEFENDANT
          AUG-24-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
```

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-459874

JANET PICKENS VS. BRENDA HUTCHINSON et al (Unlimited)

## Parties

AUG-27-2007 - PROOF OF SERVICE OF SUMMONS AND COMPLAINT FILED AGAINST DEFEND
AUG-27-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
SEP-28-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
OCT-01-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
OCT-03-2007 - REQUEST TO ENTER DEFAULT FILED/DEFAULT ENTERED FILED AGAINST D
OCT-03-2007 - DEFAULT REJECT FILED AGAINST DEFENDANT
OCT-10-2007 - MOTION (CIVIL GENERIC) FILED BY DEFENDANT
NOV-01-2007 - NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED FILED BY DEFEN
        OCT-10-2007   W1407A10F007      710.00   CHECK
=======================================================================================
HUTCHERSON, BRENDA
      DEFENDANT
            114622 - ARSHAWSKY PAUL
               OCT-10-2007 - MOTION (CIVIL GENERIC) FILED BY DEFENDANT
               NOV-01-2007 - NOTICE OF ENTRY OF ORDER/NOTICE OF RULING FILED FILED BY DEFEN
                   OCT-10-2007   W1407A10F007      710.00   CHECK

## Attorneys

PAUL ARSHAWSKY                                    BAR NUMBER: 114622
   ZANGHI TORRES ARSHAWSKY LLP
   703 MARKET STREET, SUITE 1600
   SAN FRANCISCO            CA   94103
   PHONE: (415)977-0444
   FAX:    (415)977-0156
        DEFENDANT:  THE JOHN STEWART COMPANY
        DEFENDANT:  HUTCHERSON, BRENDA
=======================================================================================
JANET PICKENS                              IN PROPRIA PERSONA
   60 CASHMERE STREET #1A
   SAN FRANCISCO            CA   94124
   PHONE: (415)648-1579     EXT 00000
        PRO PER PLAINTIFF

## Calendar

JUN-29-2007  9:00 AM  M - 212   ARLENE T. BORICK      CASE MANAGEMENT CONFERENCE
   TITLE: CASE MANAGEMENT CONFERENCE
                                                      (ADDED JAN-24-2007)
   OFF CALENDAR JUN-20-2007 Off Calendar
=======================================================================================
AUG-17-2007  9:00 AM  M - 212   ARLENE T. BORICK      CASE MANAGEMENT CONFERENCE
   TITLE: CASE MANAGEMENT CONFERENCE
                                                      (ADDED JUN-27-2007)
   OFF CALENDAR AUG-06-2007 Set For Order To Show Cause On Oct-01-07 At 01:30 P.M. In Dept 212
=======================================================================================
OCT-01-2007  1:30 PM  M - 212   ARLENE T. BORICK      ORDER TO SHOW CAUSE
   TITLE: ORDER TO SHOW CAUSE
                                                      (ADDED AUG-06-2007)
   OFF CALENDAR SEP-19-2007 Continued To Nov-13-07 At 01:30 P.M. In Dept 212
=======================================================================================
OCT-31-2007  9:30 AM  M - 302   PATRICK J. MAHONEY      LAW AND MOTION
   TITLE: NTC AND MOTION TO SET ASIDE DEFAULT AND QUASH SERVICE OF SUMMONS      (ADDED OCT-10-2007)

# Superior Court of California, County of San Francisco
## Case Information
### CGC-07-459874

JANET PICKENS VS. BRENDA HUTCHINSON et al (Unlimited)

## Calendar

OFF CALENDAR OCT-31-2007 Granted Per Written Order

TENTATIVE RULING: SET FOR HEARING ON WEDNESDAY, OCTOBER 31, 2007, LINE 5, DEFENDANTS THE JOHN STEWART C

MINI-MINUTE: DEFENDANTS BRENDA HUTCHERSON AND JOHN STEWART COMPANY'S Motion To Set Aside Default And Qu

===================================================================================

NOV-06-2007  9:00 AM  M - 218    SUE M. KAPLAN            UNCONTESTED

TITLE: DEFAULT PROVE-UP.                                              (ADDED OCT-04-2007)

OFF CALENDAR NOV-06-2007 Off Calendar

MINI-MINUTE: This cause came on regularly as scheduled for Default Prove-Up Hearing this day.  Dept. 21

===================================================================================

NOV-13-2007  1:30 PM  M - 212    ARLENE T. BORICK        ORDER TO SHOW CAUSE

TITLE: ORDER TO SHOW CAUSE                                            (ADDED SEP-19-2007)

OFF CALENDAR OCT-31-2007 Continued To Jan-07-08 At 01:30 P.M. In Dept 212

===================================================================================

JAN-07-2008  1:30 PM  M - 212    ARLENE T. BORICK        ORDER TO SHOW CAUSE

TITLE: ORDER TO SHOW CAUSE                                            (ADDED OCT-31-2007)

OFF CALENDAR DEC-24-2007 Continued To Feb-19-08 At 01:30 P.M. In Dept 212

===================================================================================

FEB-19-2008  1:30 PM  M - 212    ARLENE T. BORICK        ORDER TO SHOW CAUSE

TITLE: ORDER TO SHOW CAUSE                                            (ADDED DEC-24-2007)

===================================================================================