1  GLYNN & FINLEY, LLP
   ANDREW T. MORTL, Bar No. 177876
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  amortl@glynnfinley.com
   afriedenberg@glynnfinley.com
6
   Attorneys for Defendant GTE Mobilnet
7  of California Limited Partnership d/b/a
   Verizon Wireless (erroneously sued and
8  referred to herein as "Verizon Wireless")

9

                    UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION


| | |
|---|---|
| JANET PICKENS, | Case No. CV-08-00004 MMC |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Date: February 29, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7 |
| VERIZON WIRELESS, | Before: Hon. Maxine M. Chesney |
| Defendant. | |

PROOF OF SERVICE

Docket No. CV-08-00004 MMC
<u>PROOF OF SERVICE BY MAIL</u>

I, Beverly Carter, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

4. Following said practice, on January 9, 2008 I served a true and correct copy of the following documents entitled exactly:

**DEFENDANT GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF JANET PICKENS' COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP'S NOTICE OF MOTION TO DISMISS PLAINTIFF JANET PICKENS' COMPLAINT**

**DEFENDANT GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF JANET PICKENS' COMPLAINT**

by placing said documents in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

**Janet Pickens**
**60 Cashmere Street, #1A**
**San Francisco, CA 94124**
**(415) 648-1579**

Executed this <u>9th</u> day of <u>January, 2008</u> at Walnut Creek, California.

*/s/ Beverly Carter*
Beverly Carter

- 1 -
PROOF OF SERVICE