1  GLYNN & FINLEY, LLP
   ANDREW T. MORTL, Bar No. 177876
2  ADAM FRIEDENBERG, Bar No. 205778
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  amortl@glynnfinley.com
   afriedenberg@glynnfinley.com
6
   Attorneys for Defendant GTE Mobilnet
7  of California Limited Partnership d/b/a
   Verizon Wireless (erroneously sued and
8  referred to herein as "Verizon Wireless")

9

10                UNITED STATES DISTRICT COURT

11     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

12

13  JANET PICKENS,                 )  Case No. CV-08-00004 MMC
                                   )
14            Plaintiff,           )  **DEFENDANT GTE MOBILNET OF
                                   )  CALIFORNIA LIMITED
15      vs.                        )  PARTNERSHIP'S NOTICE OF
                                   )  MOTION AND MOTION TO DISMISS
16  VERIZON WIRELESS,              )  PLAINTIFF JANET PICKENS'
                                   )  COMPLAINT**
17            Defendant.           )
    _____)  Date:      February 29, 2008
18                                    Time:      9:00 a.m.
                                      Courtroom: 7
19                                    Before:    Hon. Maxine M. Chesney

20                                    **Accompanying Documents:**

21                                    1) Memorandum of Points and Authorities

22                                    2) Request For Judicial Notice (with
                                         exhibits)
23

24       TO PLAINTIFF JANET PICKENS:

25       PLEASE TAKE NOTICE that on February 29, 2008, at 9:00 a.m., or as soon thereafter as

26  the matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San

27  Francisco, California, Defendant GTE Mobilnet of California Limited Partnership doing business

28  as Verizon Wireless (erroneously sued and referred to herein as "Verizon Wireless") will bring

1  on for hearing this motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil
2  Procedure 12(b)(6).  Said motion is made on the grounds that: 1) Plaintiff's purported claim for
3  relief for spirit form misappropriation is not a recognized right of action under California law;
4  and 2) Plaintiff has failed to allege sufficient facts to state a claim for relief for negligence.
5       This motion is based upon this Notice of Motion and Motion, and the Memorandum of
6  Points and Authorities and Request For Judicial Notice submitted herewith (including those
7  exhibits attached to said Request For Judicial Notice), all pleadings and papers on file in this
8  action, and upon such other matters of which the Court may take judicial notice or which may be
9  presented to the Court at the time of hearing.

10      Dated: January 9, 2008

        GLYNN & FINLEY, LLP
        ANDREW T. MORTL
        ADAM FRIEDENBERG
        One Walnut Creek Center
        100 Pringle Avenue, Suite 500
        Walnut Creek, CA  94596

        By _____
        Attorneys for Defendant GTE Mobilnet
        of California Limited Partnership d/b/a
        Verizon Wireless (erroneously sued and
        referred to herein as "Verizon Wireless")

NOTICE OF MOTION AND MOTION TO DISMISS