```
 1  GLYNN & FINLEY, LLP
    ANDREW T. MORTL, Bar No. 177876
 2  ADAM FRIEDENBERG, Bar No. 205778
    One Walnut Creek Center
 3  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
 4  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
 5  amortl@glynnfinley.com
    afriedenberg@glynnfinley.com
 6
    Attorneys for Defendant GTE Mobilnet
 7  of California Limited Partnership d/b/a
    Verizon Wireless (erroneously sued and
 8  referred to herein as "Verizon Wireless")

 9
10              UNITED STATES DISTRICT COURT
11       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
12
```

| | | |
|---|---|---|
| 13 | JANET PICKENS, ) | Case No. CV-08-00004 MMC |
| 14 | Plaintiff, ) | **PROOF OF SERVICE** |
| 15 | vs. ) | Courtroom: 7 |
| 16 | VERIZON WIRELESS, ) | Before:   Hon. Maxine M. Chesney |
| 17 | Defendant. ) | |

---

PROOF OF SERVICE

Docket No. CV-08-00004 MMC
PROOF OF SERVICE BY MAIL

I, Beverly Carter, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

4. Following said practice, on January 15, 2008 I served a true and correct copy of the following documents entitled exactly:

a. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

b. **STANDING ORDER (JUDGE SPERO)**

c. **NOTICE OF RULE DISCONTINUING SERVICE BY MAIL**

d. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

e. **CASE MANAGEMENT CONFERENCE ORDER**

f. **STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

by placing said documents in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

**Janet Pickens**
**60 Cashmere Street, #1A**
**San Francisco, CA 94124**
**(415) 648-1579**

Executed this 15th day of January, 2008 at Walnut Creek, California.

*/s/ Beverly Carter*
Beverly Carter