GLYNN & FINLEY, LLP
ANDREW T. MORTL, Bar No. 177876
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
amortl@glynnfinley.com
afriedenberg@glynnfinley.com

Attorneys for Defendant GTE Mobilnet
of California Limited Partnership d/b/a
Verizon Wireless (erroneously sued and
referred to herein as "Verizon Wireless")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET PICKENS,<br><br>        Plaintiff,<br><br>vs.<br><br>VERIZON WIRELESS,<br><br>        Defendant. | Case No. CV-08-00004 MMC<br><br>**DEFENDANT GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP'S SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF JANET PICKENS' COMPLAINT**<br><br>Date:        February 29, 2008<br>Time:       9:00 a.m.<br>Courtroom: 7<br>Before:     Hon. Maxine M. Chesney |

     Defendant GTE Mobilnet of California Limited Partnership doing business as Verizon Wireless (erroneously sued and referred to herein as "Verizon Wireless") requests pursuant to Federal Rules of Evidence, Rule 201, that the Court take judicial notice of the following orders of the Superior Court of California, County of San Francisco: 1) Order finding Janet Stanford (a/k/a Janet Pickens and Janet Pickens-Stanford) a vexatious litigant (attached hereto as **Exhibit H**); and 2) Prefiling Order—Vexatious Litigant (attached hereto as **Exhibit I**). As such documents are "matters of public record" judicial notice is appropriate. See *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). Verizon Wireless was unaware of these orders at the

time it filed its motion to dismiss Plaintiff's Complaint, and accordingly submits this supplemental request for judicial notice in support of that motion.

Dated: January 22, 2008

GLYNN & FINLEY, LLP
ANDREW T. MORTL
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By_____
Attorneys for Defendant GTE Mobilnet of California Limited Partnership d/b/a Verizon Wireless (erroneously sued and referred to herein as "Verizon Wireless")

DEFENDANT VERIZON WIRELESS'S SECOND REQUEST FOR JUDICIAL NOTICE

# EXHIBIT H

JASON J. CURLIANO, State Bar No. 167509
KHALED TAQI-EDDIN, State Bar No. 220923
BUTY & CURLIANO LLP
555 City Center – 555 12th Street, Suite 1280
Oakland, California 94607
Telephone: (510) 267-3000
Facsimile: (510) 267-0117

Attorneys for Defendants
KAISER FOUNDATION HOSPITALS
(erroneously sued as KAISER FOUNDATION HOSPITALS – HUMAN RESOURCES)

**FILED**
San Francisco County Superior Court

DEC 03 2007

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE CITY AND COUNTY OF SAN FRANCISCO - UNLIMITED JURISDICTION

| | |
|---|---|
| JANET STANFORD,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, and DOES 1 through 1,<br><br>Defendant. | Case No. CGC-07-467638<br><br>[PROPOSED] ORDER AFTER HEARING ON DEFENDANT KAISER FOUNDATION HOSPITALS MOTION TO DECLARE PLAINTIFF JANET STANFORD A VEXTIOUS LITIGANT; REQUEST FOR PREFILING ORDER AND ORDER REQUIRING PLAINTIFF TO FURNISH SECURITY<br><br>Date: December 3, 2007<br>Time: 9:30 a.m.<br>Dept: 302<br><br>Complaint filed: September 27, 2007<br>Trial Date: None |

Defendant Kaiser Foundation Hospitals ("Kaiser"), erroneously sued as Kaiser Foundation Hospital-Human Resources, motion to declare plaintiff Janet Stanford a vexatious litigant, for an order requiring plaintiff to furnish security, and for an order requiring pre-filing review of plaintiff's future pleadings came on for hearing on ~~November 25~~ December 3, 2007 at 9:30 a.m. in Department of 302 of the above-entitled Court, the Honorable Patrick J. Mahoney presiding.

Having considered all of the evidence set forth in the moving, opposing, and reply papers and after considering the arguments of the parties, the Court finds the following:

1. Plaintiff Janet Stanford is a vexatious litigant as defined by Code of Civil Procedure §§ 391 (b)(1) for commencing, prosecuting, or maintaining, in propria persona the following litigations determined adversely to her in the last seven years: <u>Stanford v. Kaiser</u>, San Mateo

---

1

[PROPOSED] ORDER AFTER HEARING ON DEFENDANT KAISER FOUNDATION HOSPITALS MOTION
TO DECLARE PLAINTIFF JANET STANFORD A VEXTIOUS LITIGANT

County Superior Court Case No. CIV457986; Stanford v. Kaiser, Alameda County Superior Court Case No. RG06291437; Stanford v. Kaiser, et al., Alameda County Superior Court Case No RG06300992; Stanford v. Jones, et al., San Francisco County Superior Court Case No. CCH-07-566509; Stanford v. Rothschild, San Francisco County Superior Court Case No. CGC-06-456815; Stanford v. Donlin, San Francisco County Superior Court Case No. CGC-06-456817; Stanford v. Sauceda, San Francisco County Superior Court Case No. CGC-06-457664; and Stanford v. Baisley, San Francisco County Superior Court Case No. CGC-06-459051.

2. Plaintiff Janet Stanford is a vexatious litigant as defined by Code of Civil Procedure §§ 391 (b)(3) for engaging in tactics that were frivolous and solely intended to cause unnecessary delay of litigation by seeking a temporary restraining order against counsel for Kaiser; Stanford v. Jones, et al., San Francisco County Superior Court Case No. CCH-07-566509.

3. Pursuant to Code of Civil Procedure § 391.1, Kaiser has shown that there is not a reasonable probability that the plaintiff will prevail against them in this litigation.

Accordingly, it is hereby ORDERED ADJUDGED, and DECREED:

1. Kaiser's motion to determine plaintiff Janet Stanford a vexatious litigant is GRANTED;

2. Kaiser's motion to require plaintiff to furnish security is GRANTED. There is no reasonable probability that plaintiff will prevail in this litigation. Plaintiff shall furnish security in the amount of $1,000.00 on of before December 15, 2007 or this action will be dismissed with prejudice. All other matters in this litigation are ordered STAYED until the plaintiff furnishes security. All previously calendared hearings are off calendar unless the court so orders;

///
///
///
///
///
///

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 – 12TH STREET
SUITE 1280
OAKLAND CA 94607
510.267-3000

2

[PROPOSED] ORDER AFTER HEARING ON DEFENDANT KAISER FOUNDATION HOSPITALS MOTION TO DECLARE PLAINTIFF JANET STANFORD A VEXTIOUS LITIGANT

3. Kaiser's motion for a pre-filing review of all new litigation filed by the plaintiff in the State of California is GRANTED. The Court enters a pre-filing order prohibiting plaintiff from filing any new litigation in propria persona without first obtaining leave of the presiding judge. The pre-filing order shall be issued against Janet Stanford (a.k.a Janet Pickens and Janet Pickens-Stanford) and a copy shall be provided to the Judicial Council.

DATED: Dec 3, 2007



The Honorable Patrick J. Mahoney

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
555 – 12th STREET
SUITE 1280
OAKLAND CA 94607
510.267-3000

3

[PROPOSED] ORDER AFTER HEARING ON DEFENDANT KAISER FOUNDATION HOSPITALS MOTION TO DECLARE PLAINTIFF JANET STANFORD A VEXTIOUS LITIGANT

# EXHIBIT I

MC-700

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: (To be completed only if a party is making the motion)<br>Jason J. Curliano (167509); Khaled Taqi-Eddin (220923)<br>Buty & Curliano LLP<br>555 12th Street, Suite 1280<br>Oakland, CA 94607<br>ATTORNEY FOR *(Name)*: Defendant Kaiser Foundation Hospitals | PHONE NO.: (510) 267-3000<br>FAX NO.: (510) 267-0117 | FOR COURT USE ONLY<br><br>ENDORSED<br>F I L E D<br>San Francisco County Superior Court<br><br>DEC - 5 2007<br><br>GORDON PARK-LI, Clerk<br>BY: _____AUDREY HUIE_____<br>Deputy Clerk |
|---|---|---|
| INSERT NAME OF COURT, JUDICIAL DISTRICT, AND BRANCH COURT, IF ANY, AND MAILING AND STREET ADDRESS:<br>SUPERIOR COURT OF CALIFORNIA, SAN FRANCISCO COUNTY<br>400 McAllister St.<br>San Francisco, CA 94112 | | |
| CASE NAME:<br>Janet Stanford v. Kaiser Foundation Hospitals - Human Resources | | |
| **PREFILING ORDER—VEXATIOUS LITIGANT** | | CASE NUMBER:<br>CGC-07-467638 |

1. Name and address of plaintiff(s) or cross-complainant(s) who is subject to this prefiling order:
   Janet Stanford (a.k.a. Janet Pickens and Janet Pickens-Stanford)
   60 Cashmere St., #1A
   San Francisco, CA 94124

2. This prefiling order is entered pursuant to a motion made by  ☐ the court  ☒ party *(name)*:
   Kaiser Foundation Hospitals

3. The individual(s) mentioned in item 1 is prohibited from filing any new litigation in propria persona in the courts of California without approval of the presiding judge of the court in which the action is to be filed.

4. The clerk is ordered to provide a copy of this order to the California Judicial Council by fax at (415) 865-4329 or by mail at the address below.

| Vexatious Litigant Prefiling Orders<br>California Judicial Council<br>Administrative Office of the Courts<br>455 Golden Gate Avenue<br>San Francisco, California 94102-3688 | Date: DEC 0 5 2007<br><br>_____PATRICK J. MAHONEY_____<br>JUDGE<br>JUDGE OF THE SUPERIOR COURT |
|---|---|

*(Bottom fold line if using a window return envelope)*

Form Adopted by the Judicial Council of California<br>
MC-700 [New January 1, 1997]<br>
Mandatory Form

**PREFILING ORDER—VEXATIOUS LITIGANT**

Code of Civil Procedure, § 391.7<br>
LexisNexis® Automated California Judicial Council Forms

Docket No. CV-08-00004 MMC

<u>PROOF OF SERVICE BY MAIL</u>

I, Beverly Carter, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1.  I am over the age of 18 years and am not a party to the within cause.

2.  My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3.  I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

4.  Following said practice, on January 22, 2008 I served a true and correct attached document entitled exactly:

**DEFENDANT GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP'S SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF JANET PICKENS' COMPLAINT**

by placing said document in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

**Janet Pickens**
**60 Cashmere Street, #1A**
**San Francisco, CA 94124**
**(415) 648-1579**

Executed this <u>22nd</u> day of <u>January, 2008</u> at Walnut Creek, California.

*/s/ Beverly Carter*
Beverly Carter

- 1 -
PROOF OF SERVICE