IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANET PICKENS,

        Plaintiff,

  v.

VERIZON WIRELESS,

        Defendant.

        No. CV-08-0004 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the Court hereby GRANTS defendant's motion and DISMISSES the complaint without leave to amend.

Dated: February 14, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk